# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-065-375**

**Effective Date of Registration:**
June 18, 2015

## Title

**Title of Work:** GOAL DEPLOYMENT PROCESS

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** November 03, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Next Level Partners, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Next Level Partners, LLC
2338 Immokalee Road, Suite 415, Naples, FL, 34110, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** CANTOR COLBURN LLP
**Name:** Michelle Ciotola
**Email:** cr@cantorcolburn.com
**Telephone:** (860)286-2929
**Address:** 20 Church Street
Floor 22
Hartford, CT 06103 United States

## Certification

Page 1 of 2

**Name:**  Michelle P. Ciotola
**Date:**  June 17, 2015
**Applicant's Tracking Number:**  NEX0005CRUS

**Correspondence:**  Yes

**Registration #:**  TX0008065375
**Service Request #:**  1-2475458111



CANTOR COLBURN LLP
Michelle Ciotola
20 Church Street
Floor 22
Hartford, CT 06103 United States

RECEIVED

AUG 3 1 2015

CANTOR COLBURN LLP
DOCKETING













# GOAL DEPLOYMENT PROCESS



# GROUND RULES

- Ground Rules & Logistics
  - Highly interactive session, don't be bashful
  - We will take the time to work through issues
  - We will segment group as needed to stimulate healthy debate.
  - Will pace training to group needs for most part ensuring understanding and completion
  - Will break at logical points in materials, but don't hesitate to call for if needed…so please no cell phones and pagers
  - Let's agree to end point for day one

**Let's Have Some Fun!**

2



# Introductions

NAME: _____

DEPT: _____

LENGTH OF
SERVICE: _____

**COMPANY IDENTIFICATION CARD**

**By The End Of This Session You Will Be Able To Begin Using
The Goal Deployment Process As Your Management Tool.**



# Goal Deployment Process Training Agenda

- **Introductions & Expectations**

- **What and Why Goal Deployment Process (GDP)**

- **5 Step GDP Thought Process**

- **The GDP "Hardwire" Matrix**

- **Creating a Top Level Matrix and "Bowling Chart" for Your Business**

- **Cascading to Point of Impact and Action Plans**

- **The GDP and Operating Review Process**

4



# Before We Are Through, We Will Cover…

| | | |
|---|---|---|
| **Focus On Strategic Breakthrough Priorities** | **AND** | **Commitment To Delivering Annual Operating Plan** |
| **Leading Implementation Of Process Based Solutions** | **AND** | **Managing Necessary Current Business Processes** |
| **Measuring & Actioning Aggressive Targets to Improve** | **AND** | **Measuring & Actioning KPIs & the Balanced Scorecard** |
| **Delivering Value For Customers** | **AND** | **Delivering Value For Shareholders** |

**"AND" = High Performance Culture**

5



# What Is The Goal Deployment Process?

**In Theory** – A systematic approach to management of change in critical business processes leading to sustainable breakthrough performance.

*<u>In Practice</u> – The most effective leadership and management tool, <u>IF</u>, you want to make the absolute best use of your <u>time</u>, <u>money</u> and <u>resources</u>.*

6



next
level
partners

# Why Use The GDP?

**To <u>clarify</u> vision and <u>align</u> & <u>focus</u> resources throughout the organization.**



**VS**



7



# Why Use The GDP?





# Why Goal Deployment?



9



next
level
partners

# GDP vs. MBO

**<u>The Goal Deployment Process</u>** focuses on the establishment of functionally synergistic, self perpetuating business <u>processes</u> that continuously outperform.

**<u>MBO</u>** typically focuses on individual, generally disjointed, short term departmental objectives/results.

10



next
level
partners

# Benefits Of The
# Goal Deployment Process

| FREQUENT CHALLENGE | YET, WITH GDP | BENEFIT |
|---|---|---|
| Flavor Of The Month | Only A Major Shift In The Business Alters Us From The Plan | We Stay Focused On The REAL Priorities |
| Incremental Progress Is Insufficient To Achieve Strategic Goals | Resources Can Be Focused On Critical Few Breakthroughs | Step Function Improvements To Performance Are Achieved |
| Improvements Don't Stick | Process Changes Are Key To Breakthroughs | Improvements This Year Roll Into The Baseline For Performance Next Year |
| Daily Demands Interfere With Breakthrough Achievement | Breakthroughs Take Precedence | We Hit Our Targets More Regularly |

## Makes Breakthrough Performance a Reality

11

# Goal Deployment Model





next
level
partners

Top Level
Planning

Team Debate
& Buy-In

Lean Enterprise
Tools

KEY STEPS!

Establish
Company Mission

3-5 YR Strategic
Breakthrough Objectives

Develop Annual Objectives

Identify Improvement Priorities
& Targets to Improve

Implement Improvement Priorities

Disciplined Monthly Review

Annual
Review

Root Cause Analysis &
Countermeasures

Self Diagnosis

12



# 5 Step GDP Thought Process



**Step 3 : HOW?**
Which Key Processes?

**Step 2 : HOW FAR…**
This Year?

**Step 4 : HOW MUCH & WHEN?**
Measures?

**Step 5 : WHO?**
Resource Deployment

**Step 1 : WHAT?**
Breakthrough Thinking

13



# GDP Thought Process



**Step 1 : WHAT?**
Breakthrough Thinking

**CURRENT PERFORMANCE**

**BEST IN WORLD!**

Best in Class

Better (Incrementally)

*...Breakthrough Thinking drives us to be the __BEST__...period!*

14



# What Is A Breakthrough?

**<u>Formal Definition</u>:**

- An act of overcoming or penetrating an obstacle or restriction.

- A major achievement or success that permits further progress.

- *Synonym…* a quantum leap

**<u>In-formal</u>:**

**Something we don't know how to do… <u>*YET*</u>*!***

15



**"I believe that this nation should commit itself to achieving the goal, before this decade is out, of landing a man on the moon and returning him safely to the Earth."**

**— Pres. Kennedy, May 25, 1961**

# Was this a breakthrough?



# Can you recognize this breakthrough?

- The organization united some of America's most **brilliant** people, who developed the United States' first successful **satellite** in **18 months.** Several years later **ARPA** began to focus on **computer networking** and communications technology.

- In *1962*, **Dr. J.C.R. Licklider** was chosen to head *ARPA*'s research in improving the military's use of computer technology. *Licklider* was a **visionary** who sought to make the government's use of computers more **interactive**. To quickly expand technology, *Licklider* saw the need to move *ARPA*'s contracts from the *private sector* to **universities** and laid the foundations for what would become the **ARPANET.**



17



next
level
partners







# *Examples of breakthroughs…in this room?*







18



# Why Think Breakthrough?



**Are customer demands increasing or decreasing?**



**Is your competition going to just stand by while you eek out incremental gains?**

**Or simply go back to & consider…**

<u>Formal Definition</u>:

- An act of <u>overcoming</u> or penetrating an <u>obstacle</u> or restriction.
- A <u>major</u> achievement or <u>success that permits further progress</u>.
- *Synonym…* a <u>quantum leap</u>

**…& ask yourself, why not?**

19



# Performance Breakthrough Examples



| | |
|---|---|
| **GROWTH** | **Double Top Line Sales in 5 Years** |
| **OP** | **Double OP % to Sales in 3 Yrs** |
| **QUALITY** | **Reject PPM Reduction by 90% in 3 Yrs** |
| **DELIVERY** | **Reduce LT 75%, OTD to 100% in 3 Yrs** |
| **COST** | **Reduce Mfg Cost/Unit 50% in 3 Yrs** |
| **CASH FLOW** | **Improve WC X 50% in 3 Yrs** |

20

# How Many Breakthrough Objectives Make Sense?

The critical few that will...

- create the most value
- position us to capture the most share
- sustain the value created

**FOCUS, FOCUS, FOCUS!**

21

# The Hardwire Matrix





22



# Breakthrough Objective Summary Checklist

- ❑ **Is it clearly linked to strategic objectives from Strategic Plan?**

- ❑ **Do the objectives capture the essence of how we view this company 3 – 5 years from now?**

- ❑ **Will it create significant value for customers &/or shareholders?**

- ❑ **Will it position us to take share through competitive advantage?**

- ❑ **Is it stretch?**

- ❑ **Do we already know how to do it?**

- ❑ **Is it measurable?**

- ❑ **Does it require cross-functional involvement?**

- ❑ **Does it require significant change in how we do things?**

- ❑ **Is it one of the critical few strategic priorities for the business?**

- ❑ **Can it be** What Is Breakthrough For One Company May Not Be For Another. ough)?

23



# Practical Exercise

- **Break into groups and develop one to three Breakthrough Objectives for your organization.**

- **Be sure to evaluate the suggestions against the summary checklist.**



*Take 30 Minutes…*

24



# Breakthrough to Daily Management



25



# Daily Management

**Effective Daily Management is essential for the Goal Deployment Process**



✓ **Standardized, Day-to-Day Activities**

✓ **Limited Cross Functional Interface**

✓ **Base Hits vs. Home Runs**

✓ **Tracked via Key Performance Indicators (KPIs)**



**More on KPIs Later**

26

# GDP Thought Process



- *1ˢᵗ Year Increment…*
  *of 5 Year Breakthrough*
  *Objective.*

**Step 2: HOW FAR?**
This Year?

CURRENT
PERFORMANCE

**YR 1**   **YR 2**   **YR 3**   **YR 4**   **YR 5**

27



# The Hardwire Matrix



28



# Annual Objectives
## How far this year?



1.  Quantify the Gap between Current performance and 3-5 Breakthrough target.

2.  Understand, through data, drivers for Current performance.

3.  Set Year 1 Objective based on attaining realistically aggressive % of Gap.

Annual Objectives should exceed AOP where/when applicable.



# Annual Objective Summary Checklist

❑ **Do we understand current performance metrics and drivers?**

❑ **Does it quantify how far to improve in the first year in order to hit the 3-5 Year Breakthrough Objective?**

❑ **Does it divide the 3-5 Year Breakthrough into annual amounts?**

❑ **Is it still a stretch goal (beyond AOP)?**

❑ **When we accomplish the annual objective, does the customer benefit?**

❑ **Will it provide significant competitive advantage or significant operating performance improvement?**

❑ **Will it require significant change in how we do things?**

❑ **Does it require cross-functional effort?**

❑ **Do we already know exactly how to do it? (if so, not stretch enough).**

❑ **Are there problems in other areas that need to be fixed first?**

30



# Annual Objective Examples



| | |
|---|---|
| **GROWTH** | **Grow Top Line Sales 15%** |
| **OP** | **Increase OP by 25%** |
| **QUALITY** | **Reject PPM Reduction by 50%** |
| **DELIVERY** | **Reduce LT 50%, OTD +20%** |
| **COST** | **Reduce Mfg Cost/Unit 20%** |
| **CASH FLOW** | **Improve WC X 15%** |

31



next
level
partners

# Practical Exercise

▪  **Break into groups and develop Annual Objectives for the Breakthrough Objectives you developed for your organization.**

▪  **Be sure to evaluate the suggestions against the summary checklist.**



*Take 30 Minutes…*



# GDP Thought Process



*Which key processes drive the performance needle?*

**Step 3: HOW?**
Which Key Processes?

CURRENT PERFORMANCE

?

YR 1

- ABC Assembly Process
- Material Replenishment
- New Product Process
- Org Development
- Payables Process
- Order Entry Process

33



# Top Level Improvement Priorities

*This is the step that separates you from the pack…*



# The Hardwire Matrix





35



# Top Level Improvement Priorities



**1.)** Understand the key drivers of current performance.

**2.)** Determine the key processes that can bridge the gap between current performance & the Annual Objective.

- Use 5 Whys & Pareto

**3.)** Prioritize & list the top 1-2 critical processes/initiatives per Annual Objective on the Hardwire Matrix.


next
level
partners

# Top Level Improvement Priority Examples

*…you get the idea.*

### QUALITY

- Create & Implement Rapid Defect Reduction Process
- Implement DFSS on Critical Products

### DELIVERY

- Apply Lean Tools to XYZ to Reduce LT
- Implement Back-Office LT Reduction Process

### COST

- Develop & Implement LCR Sourcing Plan
- Launch Prodt'y Imp Std Work Series in Assy

### GROWTH

- Launch New Product Development Process
- Create Key Customer Conversion Process

### OP

- Apply Lean Processes to G&A Areas
- Reverse Unprofitable Accts Process

### CASH FLOW

- Launch "War on WC" Process
- Implement POU Replenishment Process

| Launch New Product Development Process |
| Develop & Implement LCR Sourcing Plan |
| Apply Lean Tools to XYZ to Reduce LT |
| Create & Implement Rapid Defect Reduction Process |

**Top Level Improvement Priorities**

## This Year's Intense Process Improvement Efforts That Become Daily Management Next Year

37



# Top Level Improvement Priorities Checklist

- ☐ **Does it lead to the creation of a sustainable, results oriented process vs. simply a short term task?**
- ☐ **Will this year's process creation become daily management next year?**
- ☐ **Does it begin with an action verb?**
- ☐ **Does it meet current or emerging customer needs?**
- ☐ **Does it reflect simple flow of logic?**
- ☐ **Is it easy to communicate? (If not, simplify/clarify).**
- ☐ **Is it a critical, primary driver of the Annual Objective?**

38



next
level
partners

# Practical Exercise

■  Break into groups and develop the Top Level Improvement Priorities that will enable attainment of the Annual Objectives you developed for your organization.

■  Be sure to evaluate the suggestio        inst priorities checklist.

*Take 40 Minutes…*

39



# GDP Thought Process



**Step 4: HOW MUCH & WHEN?**
Measures?

*Determine which metrics will reflect timely progress of Improvement Priorities & track them.*



40

# The Hardwire Matrix





41



# Identify Targets To Improve
## (TTIs)



TTI's…

- **Are req'd for each Improvement Priority**

- **Are measures of effectiveness of an Improvement Priority.**

- **Should be able to be broken down into monthly increments.**

- **Are typically, *From:_____ To:____ by_____:* statements.**

42


next
level
partners

# Target To Improve Examples

| GROWTH | New Accts From 1/mos to 3/mos by 6/30 |
| OP | Inc Qtr OP RR From 7% to 10% by 12/31 |
| QUALITY | Int Reject PPM from 10k to 5k by 12/31 |
| DELIVERY | OTD to CRD From 75% to 90% by 10/31 |
| COST | Prodt'y From 25 to 40 pcs/hr by 12/31 |
| CASH FLOW | Improve DSO's From 65 to 55 by 12/31 |

43



# Target to Improve Checklist

- ☐ **Will it effectively reflect impact of Improvement Priority implementation?**

- ☐ **Can it be broken down into at least monthly progress increments?**

- ☐ **Does it exceed AOP targets?**

- ☐ **Does it track progress toward achieving the Annual Objective?**

- ☐ **Does it measure results (preferable), vs. action plan milestones?**

- ☐ **Is it easy to calculate and communicate?**

- ☐ **Does it demonstrate a simple flow of logic?**

44



# Practical Exercise

■  **Break into groups and develop Targets To Improve for the Top Level Improvement Priorities that you developed for your organization.**

■  **Be sure to evaluate against the Target To Improve checklist.**

Skip to Step 5…first

*Take 30 Minutes…*



45



# GDP Thought Process



**Step 5: WHO?**
Resource Deployment



*Identify key cross-functional resources, align and assign by priority impact to the business.*

46




next
level
partners

# Identify Key Resources To Deploy Priorities

- There should be one clear leader assigned to each Improvement Priority.

- Leader and support resources should be:    Appropriate
    Adequate
    Available *(made, if req'd)*
        Accountable



**The Largest Or Most Available Resources Won't Always Have The Greatest Impact On Achieving Your Companies' Most Important Strategic Initiatives...Select & Assign Accordingly.**

48



# Resource Deployment Checklist

- ☐ **Is the leader the most appropriate in terms of ability to impact implementation of this priority?**
- ☐ **Can the leader be available to deploy this priority?**
- ☐ **Are the support resources the most appropriate, are they adequate and can they be available for this priority?**
- ☐ **Is accountability clear to assigned resources?**
- ☐ **Do leader and support resources have clear access/visibility to TTI measure and impact on pertinent Annual Objective?**

49



next
level
partners

# Practical Exercise

▪ **Let's determine & assign the primary (lead) and support resources to deploy the Improvement Priorities that you developed for your organization.**

▪ **Be sure to evaluate against the Resources Deployment checklist.**

*Do Now…*

50



# Reminder Notes on the Matrix

- **Solid dots link Objectives, Priorities & Targets**

- **A solid dot indicates the resource will get a next level matrix or action plan assignment.**

- **Clear circles indicate support resources. They do NOT get a second level matrix.**



51



# Practical Exercise

▪ **Break into groups and develop Targets To Improve for the Top Level Improvement Priorities that you developed for your organization.**

▪ **Be sure to evaluate against the Target To Improve checklist.**

**Now…**

*Take 20 Minutes…*



52



next
level
partners

# The Hardwire Matrix

**The completed matrix…**

**<Company Name> Top Level Hardwire Matrix <Year>**

**Benefit**: Your likelihood of moving the "right" performance needles has just increased exponentially.

Improvement Priority #2

**Improvement Priority #1**

Top Level Improvement Priorities

**Benefit**: By ensuring your 1 year objectives are linked to your 3-5 year Strategy, you have separated yourself from 90% of other firms.

Target Impr

**Benefit**: The right things being measured, are the right things getting done.

**Benefit**: The right resources, working on the right things.

3-5 Year Breakthrough Objectives

Target To
Target To
Target To
Target To
Target To
Target To

Ann
Ann
Ann
Ann

Sales (Leader
Marketing (
Operations
Engineerin
Finance (Le
HR (Leader
Quality (Le
IS (Leader

**Objective #1**

Objective

**Benefit**: You have begun to lead the organization stretch levels of perform

Breakthrough Thinking

**…a complete picture of the company's bridge from Strategy through Implementation on one sheet of paper!**



# Welcome Back
# before we wrap up with the Top Level…

| | |
|---|---|
| **Top Mgt** | |
| **Middle Mgt** | |
| **Supervisor** | |
| **Front Line Associate** | |

**Time**

54

# What The Goal Deployment Process Will Mean To You?







# Top Level Hardwire Matrix
## Summary

- **Any Questions From Exercise?**
- **Review OH of Actual Top Level Matrix**

**Next we will:**

- **Discuss Cascading Improvement Priorities to Point Of Impact (POI)**



# Cascading Improvement Priorities To The 2nd Level



**TOP LEVEL**

Typically, a 2nd Level Matrix is created for a primary resource for each top level Improvement Priority.

**SECOND LEVEL**

Annual Objectives and IP's are copied directly onto the 2nd Level Hardwire Matrices.

57



# The Top Level Hardwire Matrix



*<Company Name>* **Top Level Hardwire Matrix** *<Year>*

**Step 3: HOW?**
Which Key Processes?

**Top Level Improvement Priorities**

**Step 2: HOW FAR?**
This Year?

**Step 4: HOW MUCH & WHEN?**
Measures?

**Step 5: WHO?**
Resource Deployment

**Annual Objectives**          **Targets to Improve**

**3-5 Year Breakthrough Objectives**

**Step 1 : WHAT?**
Breakthrough Thinking

● Primary Responsibility
○ Secondary Responsibility

58



# 2nd Level Hardwire Matrix



*<Function Name> 2nd* Level Hardwire Matrix *<Year>*

**IDENTIFY KEY DRIVER PROCESSES at THIS level.**

2nd Level Improvement Priorities

**ONLY the Top Level Improvement Priorities**

**HOW?**
Which Key Processes?
*CASCADE FROM TOP*

Targets to Improve

**HOW MUCH & WHEN?**
Measures?

**WHO?**
Resource Deployment
*(NAMES)*

"Primary Resource" ⇨ ●

Annual Objectives

**HOW FAR?**
This Year?
*CASCADE FROM TOP LEVEL*

**Follow same process of linking as on Top Level**

○  Secondary Responsibility

59


next level partners

# 2ⁿᵈ Level Improvement Priorities Examples

**TOP LEVEL**

- Create Key Customer Conversion Process

- Implement Reverse Unprofitable Accts Process

- Implement Rapid Defect Reduction Process

- Apply Lean Tools to XYZ to Reduce LT

- Develop & Implement LCR Sourcing Plan

- Launch "War on WC" Process

| | | |
|---|---|---|
| **GROWTH** | | |
| **OP** | | |
| **QUALITY** | | |
| **DELIVERY** | | |
| **COST** | | |
| **CASH FLOW** | | |

**2ND LEVEL**

- Develop Promotion and Pitch New Valve to ABC

- Develop & Implement Volume Pricing Program

- Process Control on Manifold Assy

- Perform 1pc Flow Kaizen in Pumps

- Secure PCBs from (2) Qualified Offshore Suppliers

- Implement New Net 60 Payment Terms Policy

60



# Lower Level Improvement Priority Checklist

- ☐ **Does it lead to creation of a sustainable process?**
- ☐ **Does it lead to creation of a results-oriented process?**
- ☐ **Does it meet current or emerging customer needs?**
- ☐ **Is it easy to communicate? (If not simplify/clarify)**
- ☐ **Does it demonstrate a simple flow of logic?**
- ☐ **Is it measurable, but not a measure itself?**
- ☐ **Is it a key driver of the higher level Improvement Priority?**
- ☐ **Does it get cascaded to a lower level matrix, or does it go directly to an action plan?**

61



# Practical Exercise

- Break into groups and develop 2nd Level Improvement Priorities that support Top Level IPs for your organization.

- Evaluate against checklist.

*Take 50 Minutes…*



62



# Completing the 2ⁿᵈ Level Matrix



*&lt;Function Name&gt; 2nd* Level Hardwire Matrix *&lt;Year&gt;*

IDENTIFY KEY DRIVER PROCESSES at THIS level.

2nd Level Improvement Priorities

Targets to Improve

Annual Objectives

**HOW?**
Which Key Processes?
*CASCADE FROM TOP*

ONLY the Top Level Improvement Priorities

**HOW MUCH & WHEN?**
Measures?

"Primary Resource" ➡ ●

**WHO?**
Resource Deployment
*(NAMES)*

**HOW FAR?**
This Year?
*CASCADE FROM TOP LEVEL*

Follow same process of linking ● as on Top Level

○ Secondary Responsibility

63



# Practical Exercise

▪ **Break into groups and complete a Targets to Improve for your 2nd level Improvement Priorities.**

▪ **Align resources if you have time.**



*Take 40 Minutes…*

64



# Improvement Priorities Cascade
## to the Point of Impact

**TOP LEVEL**

**SECOND LEVEL**

**Point of Impact - Action Plan**
The level where root causes are addressed!  Action Plans can be initiated at any matrix level.

Cascade as many times as necessary to the Root Cause Level

**ROOT CAUSE LEVEL**

**POINT OF IMPACT - ACTION PLAN**


next
level
partners

# Cascading Improvement Priorities To 3rd Level

## SECOND LEVEL



A 3rd Level Matrix is created for a Primary Resource for each 2nd level Improvement Priority (as req'd).

## THIRD LEVEL



Top Level and 2nd Level IPs cascade directly to the 3rd Level Matrices.

66



# Creating Action Plans



**Primary Resource as indicated ● on HW X Matrix**

**Improvement Priority from HW X Matrix**

**Detailed Action Plan and Timing**

**Use these columns for quantifying/tracking impact (as appropriate)**

An Action Plan Should be Created for **Every** Improvement Priority at the Point of Impact

67



# How Value Stream Mapping Can Help

**Example:** The lowest level matrix has an improvement priority of " Reduce Lead Time on Product "X" and it is deployed to you to create the action plan.

**Question: How do you attack Product "X"?**

Answer: Hold a **Value Stream Mapping Kaizen** to determine the opportunity in this Product Line.

The kaizen bursts will become your **top action Lean Events** on your action plan!



68



# Where VSM "Plays" in the Process



**Top Level Planning**

**Team Debate & Buy-In**

**Lean Enterprise Tools**

**KEY STEPS!**

Establish Company Mission

3-5 YR Strategic Breakthrough Objectives

Develop Annual Objectives

Identify Improvement Priorities & Targets to Improve

Implement Improvement Priorities

Disciplined Monthly Review

Annual Review

At Point of Impact Improvement Priority Level

Root Cause Analysis & Countermeasures

Self Diagnosis

**Goal Deployment Model**

69



**Term Paper Analogy**
**Parse the Improvement Priority**
**VSM**
**DMAIC**
**Modified CEDAC**
**5Ms, 4Cs**
**Or mix (5Ms with DMAIC = 25 lines right away)**
**Or whatever works for you!**
**Socialize the plan with peers and action step owners**
**WORK THE PLAN**



# **Practical Exercise**

▪  Following this training, develop Action plans for each Improvement Priority at the Point of Impact.

▪ Bring to monthly Strategy Deployment reviews.



*This is the key step to changing the way we do things.*

71



next level partners

# Measuring Targets to Improve (TTIs)

## TOP LEVEL

## BOWLING CHART

## SECOND LEVEL

## BOWLING CHART

**There is a Bowling Chart for Each HW X Matrix.**



# TTI "Bowling Chart"



**TOP LEVEL MATRIX**

**TOP LEVEL BOWLING CHART**

**Targets To Improve Should Be Listed In Order Of Priority On The Bowling Chart From The HW X Matrix.**



# Action Plans Drive
# The Rate Of Improvement





# Point of Impact
## Summary

- **Create An Action Plan For Every Improvement Priority At The Point Of Impact.**
    - Without Action Plans, There Is No Goal Deployment
- **Use Value Stream Mapping Or Other Suggested Methods to Construct You Action plans.**
- **Create A Bowling Chart For Each Level Hardwire Matrix.**

75



# **Practical Exercise**

■  **After this training create a TTI Bowling Chart for each X Matrix.**

■ **Bring to monthly GDP reviews.**



76



# Review & Measurement





- ❑ **TTIs**
- ❑ **Action Plan Reviews**
- ❑ **Countermeasures**
- ❑ **KPIs**

77



# Roles During Monthly GDP Review

All teams members  need to attend GDP monthly reviews!

- **The Business Leader (top level Matrix owner on site) will lead the meeting.**

- **The facilitator will preview the package, layout the agenda, and schedule time slots. The facilitator will also keep times and follow-up actions during the review.**

- **The facilitator is assigned by the Business Leader.**

- **Other team members serve as peer reviewers for each Improvement Priority leader.**

78



next level partners

# Monthly GDP Review

- Monthly X Matrix & TTI (bowling chart) review.
- Focus on the Current Month and YTD Performance (assess progress & sanity check plans)

CM



next
level
partners

# Action Plan Review

| Improvement Priority: | | | | Owner: | | Date: | |
|---|---|---|---|---|---|---|---|
| Reduce Lead Time on Product X | | | | Joe Kizen - Manufacturing | | 9/5/2003 | |
| Team: | | | | | | Next Review: | |
| Bill Grant, Sharon Rock, Charles Smith | | | | | | 10/5/2003 | |
| Environmental Situation Summary: | | | | | | | |
| Product X fabrication and assembly is batch p... | | | | | | | |

**Point of Impact Action Plan**

| Core Objective: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Implement 1 pc flow, pull production with point of use, material replenishment kanban. | | | | | | | |

| | | Assist | Planned Dates | |
|---|---|---|---|---|
| P... | ...on | | 3/26 | |
| Im... | ...les | | 4/01 | |
| S... | ...les | | 4/25 | |
| 5S... | | | 5/12 | |
| STD Work & 5S main ass'y line | Charles | Bill | 6/20 | |
| POU kanban w/fab & parts crib | Sharon | Bill | 7/5 | |
| STD Work Final Assy & Test | Joe | Charles | 8/10 | |

**SCRIPT A:**

It's On Track,

It'll Stay On Track,

Any Questions?

**SCRIPT B:**

It's "X" Weeks Behind,

The Cause is "Y,"

The Impact is "Z,"

Here Are The Countermeasures and When We'll Catch-Up

Any Questions?

**Whether You Are Hitting Your TTI Plan or Not, You Should Review Your Action Plan**

80



# Countermeasures



### Target to Improve

- - - **Plan**
── **Actual**

*Perform "5 Whys" to get to root cause for miss.*

**Focus on the key elements of your action plan or what are you changing on your action plan since it may not be working.**

| Annual Objective/Improvement Priority: | | | | | | Owner: | | | | | | | | | | | | | | Date: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reduce Lead Time on Product X | | | | | | Joe Kizen - Manufacturing | | | | | | | | | | | | | | 9/5/2003 | | |
| Team: | | | | | | | | | | | | | | | | | | | | Next Review: | | |
| Bill Grant, Sharon Rock, Charles Smith | | | | | | | | | | | | | | | | | | | | 10/5/2003 | | |
| Environmental Situation Summary: | | | | | | | | | | | | | | | | | | | | | | |
| Product X fabrication and assembly is batch push thr | | | | | | **Point of Impact** | | | | | | | | | | | | | | | | |
| Core Objective: | | | | | | **Action Plan** | | | | | | | | | | | | | | | | |
| Implement 1 pc flow, pull production with point of use | | | | | | | | | | | | | | | | | | | | | | |

| Action Step/ Kaizen Events | Owner | Milestone | Planned Dates | J | F | M | A | M | J | J | A | S | O | N | D | CY Impact | Annual $ Impact (if app) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perform SMED in Fab 1 | Bill | 3/11/2003 | 3/26 | | | x | | | | | | | | | | | |
| Implement supplier kanban Fab 2 | | 4/2/2003 | 4/01 | | | | x | | | | | | | | | | |
| STD Work 5S Sub Assy Cell | Joe | 4/30/2003 | 4/25 | | | | x | | | | | | | | | | |
| 5S Fab 1 & 2 | Bill/Sharon | 5/15/2003 | 5/12 | | | | | x | | | | | | | | | |
| STD Work & 5S main ass'y line | Charles | 6/15/2003 | 6/20 | | | | | | x | | | | | | | | |
| POU kanban w/fab & parts crib | Sharon | 7/10/2003 | 7/5 | | | | | | | x | | | | | | | |
| STD Work Final Assy & Test | Joe | 8/20/2003 | 8/10 | | | | | | | | x | | | | | | |

**Countermeasures Must Be In Place Every Time A Target To Improve Is Not Met.**

81



# Countermeasure Sheet

| Countermeasure Sheet | |
|---|---|
| **Company** | |
| **Date of Review** | |



**Insert Historical Data/Run Chart Here**



Pareto
**Insert Problem Solving Data Here**

**Problem Statement:**

**Root cause problem statement.**

| What | Who | When |
|---|---|---|
| | | |
| **WHAT will be done?** | **By WHO?** | **By WHEN?** |
| | | |
| | | |

**Without All Three, It's <u>Not</u> a Countermeasure!**

82



# Key Performance Indicators
## (KPIs)



**Metrics For Tracking and Monitoring Daily Management Systems.**

83



next
level
partners

# KPI Bowling Chart

| **\<Name of Company >** Goal Deployment KPI Bowling Chart | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KPI | JOP | 2002 YTD ACT | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| **SAFETY** | | | | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| **QUALITY** | | | | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| **DELIVERY** | | | | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| **COST** | | | | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| **GROWTH** | | | | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |
| | | | Plan | | | | | | | | | | | | |
| | | | Act | | | | | | | | | | | | |

**Operates the Same as TTI Bowling Chart**

-Break annual (> AOP) target into monthly increments.

-Track and review current month & YTD performance to plan monthly.

- Countermeasure misses accordingly.

84



# Why Do We Review KPI's?



85



# Goal Deployment Review
## Checklist

☐ **Are meetings held at least monthly?** (each functional
Hardwire matrix should be reviewed at appropriate level)

☐ **Are TTI & KPI plans > AOP?**

☐ **Are Action Plans sufficient & reasonable?**

☐ **Are countermeasures fact based?**

☐ **Are countermeasures What/Who/When specific?**

☐ **Are problem solving tools used to determine
countermeasures?**

☐ **Does KPI review follow GDP review?**

86


next
level
partners

# Top Management's Role in Monthly GDP Review

- Be diligent and consistent.
- Conduct lively, interactive sessions that test people's understanding of the situation.
- Press for fact-based data.
- "Drill" down to root cause, point of impact.
- Evaluate effectiveness of projects & Action Plans.
- Evaluate effectiveness of the overall improvement process (are results sustainable?).
- Decide when to take action & what type of action to take.

87



# Monthly Operating Review



## TYPICAL AGENDA

- **Financials**          15%

- **Plant Kaizen Tour**  10%

- **GDP Review**          50%

- **KPI Review**          10%

- **Organization**        10%

- **Misc**                 5%

## Monthly Operating Review is typically a 4-8 hour meeting

88



# Summary Notes on GDP

- **The GDP is a dynamic process and can be changed during the year. It should only be changed, however, when it no longer reflects strategic priorities for the business due to emergence of:**
  - **Compelling Business Issues**
  - **Important Market or Competitor Intelligence**
  - **Improvement Priorities Completed or Ineffective**
- **Unachievable Goals Not Usually Changed**
- **Must be approved One-Over-One**

89



# Annual Review Process

Top Management Self Assessment:

☐  Did I do GDP consistently and effectively?

☐  Are processes sustainable, and do they transition to daily management?

☐ Did we apply resources effectively?

☐ Were HW X matrices deployed to proper level?
(Too many? Not enough?)

☐ Did we drive GDP down to the action plan level?

☐ Did we appropriately use Lean tools?

☐ Did our goals change during the year because of customer or business issues that pulled us off our goal?

☐ Did we put in sustainable processes or did we get short-term results?

☐ Were our monthly GDP reviews effective or do they need to be changed in structure?

☐ Did we just dust the matrix off at the end of the year, or did we track it month to month?

90



# WRAP-UP & NEXT STEPS

- **Identify items to complete (X to Ys) and/or adjust on Top and 2nd Level Hardwire Matrices and Bowling Charts (if any).**

- **Suggest assign internal GDP "guru" (in addition to GM/President) to facilitate development of Top Level Bowlers, open item completions & assemble package.**

- **Determine and commit to a date for completion.**

91



## PRINCIPAL CONTACT INFORMATION:

**Bill Butler (860) 916-6777**
**bbutler@nl-p.com**

**Don Dreher (336) 643-6963**
**ddreher@nl-p.com**

**Dennis Longo (860) 651-8128**
**dlongo@nl-p.com**

92