# EXHIBIT B

Case 3:15-cv-01392-SRU   Document 1-2   Filed 09/18/15   Page 2 of 18

Home | Profile | Connections | Education | Jobs | Interests          Advanced    Business Services    Try Premium for free



### Darrell Casey, PhD, CSMA, FGAM                                3rd

Catalyst for Organizational Health | Coach Purposeful Leadership | Chief Servant | Author & Speaker

Charlotte, North Carolina Area | Management Consulting

| | |
|---|---|
| Current | LifePoint Health, Servant Lean LLC, The John Maxwell Company |
| Previous | University of Maryland Medical Center, The Christ Hospital Health Network, Greater Cincinnati Health Council |
| Education | The John Maxwell Team |

[Connect]  [Send Darrell InMail]

**500+** connections

Contact Info            https://www.linkedin.com/in/darrellcasey       View this profile in another language

Websites:  Servant Lean LLC
           Amazon Publisher page
           Branded-me

**Posts**
Published by Darrell                                                    See more ▶


**Monday's: On Strategy Execution**
July 6, 2015


**Monday's: On Strategy Execution**
June 28, 2015

**Monday's: On Strategy Execution**
June 8, 2015



**How You're Connected**

You

Amy Hearst

Amy can introduce you to someone who knows Darrell

Darrell Casey, PhD, CSMA, FGAM

**In Common with Darrell**

### Background

**Summary**

As a catalyst leader, my passion is the advancement of business competencies, enlightened leadership, and human spirit aligned to continuous progress toward new levels of organizational excellence. My uniqueness is derived by the ability to fashion organizational clarity around purpose, mission, vision and values. This generates tremendous energy that is intensified through the creation of a community of purpose.

In turn, I construct strategic organizational alignment as a comprehensive change process for management and staff teams that guides leadership's ability to execute as one and deliver sustainably successful outcomes. Specifically, I am adept to identifying the culture needed to enable effective execution by promoting team and individual engagement in the implementation.

My coaching methods focus upon organizational behavior and development permitting the building of both process and business models that stimulate the degree of communication, openness, and trust among multiple levels; thus improving the quality of problem solving and decision making enabling innovation in strategic performance.

The value proposition I offer is honed through the combination of twenty plus years of process focused experience in a wide array of industry's such as; automotive, precision machining, consumer electronics, rubber, food, management consulting and healthcare. My career is one of constant delivery of



Search for people, jobs, companies, and more... Advanced
Home Profile Connections Education Jobs Interests
Business Services Try Premium for free

stakeholder solutions and value creation through breakthroughs totaling more than $44 million in growth and cost reductions while making organizations healthy.

In summation, I create High Performance High Commitment Organizations (HPHCO) that thrive in today's competitive economy in a way that becomes an organization's distinctive competencies; truly entrenched in the human value stream with foundations in experiences, beliefs, actions and principles of the organization's individuals.

## Skills

### Top Skills

- 99+ Cross-functional Team...
- 99+ Process Improvement
- 99+ Six Sigma
- 99+ Change Management
- 99+ Leadership
- 99+ Program Management
- 99+ Operational Excellence
- 90 Lean Manufacturing
- 73 Management
- 71 Strategy

### Darrell also knows about...

- 68 Organizational...
- 63 Team Building
- 62 Training
- 61 Organizational...
- 59 Leadership Development
- 55 Performance Improvement
- 52 Healthcare
- 50 Business Strategy
- 49 Continuous Improvement
- 45 Operations Management
- 37 Kaizen
- 34 Value Stream Mapping
- 32 Servant Leadership
- 32 Manufacturing
- 27 Quality Management

See 25+

## Publications

**Memorials on the Death of Abraham Lincoln, Vol One**
April 4, 2015

ISBN 9781300956808
Pages 437

**Memorials on the Death of Abraham Lincoln, Vol Two**
April 17, 2015

ISBN 9781300956846
Pages 447

**X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance**
ISBN-13: 978-1105370953
December 10, 2011

**Strategic Lean Transformation: Turning Traditional Lean Paradigms Into Distinctive Competencies**

**People Similar to Darrell**

**Mitchell Weisberg** 3rd
Managing Director, Strategy Execution at Lu...
Connect

**Ads You May Be Interested In**

**Attn: Paralegals**
Earn an M.S. in Law Degree Online - Focused in Managerial Law. Learn more!

**Paralegal Master's Degree**
Attend One Of The Top Rated Law Schools. 100% Online. Get More Info!

**Professional Women Only**
You're Invited to Join the National Association of Professional Women

ISBN-13: 978-0557060498
March 15, 2010

### The Role of Change Leadership in a Operations Excellence Transformation Model
ISBN-13: 978-0557004256
November 23, 2009

### Darrell Casey speaks to the fundamental element of "Taking Care of Your People" as the key to lean in healthcare
Servant Lean LLC
December 21, 2013

The soul of the enterprise is the people value stream; not expansion and money. Excellence is respect for others, recognizing the value of others while investing in the development of each, and unleashing the potential and spirit of the organization with enlightened leadership for the cause of the customer, business, staff and community.

### Organizational Health narrated by Darrell Casey
Servant Lean LLC
December 24, 2013

Organizational Health; Critical three aspects that as a leader you must be on the lookout for.

### Continuation of series on the foundation for High Performance High Commitment Organization
Servant Lean LLC
December 27, 2013

Series narrated by Darrell Casey on three vital elements concerning; People, Process, and Performance keys to a solid foundation to a High Performance High Commitment Organization

### High Performance High Commitment Organization S.I.P.O.C
Servant Lean LLC
December 28, 2013

SIPOC model for creating the environment of the High Performance High Commitment Organization that results in:

Organizational Clarity,
Cohesive Leadership,
Shared Leadership & Knowledge,
Exceptional communications,
Strategy Deployment & Execution Process,
Extensive HR/OD Investment

### Community of Purpose
Servant Lean LLC
December 29, 2013

At the center of the High Performance High Commitment Organization is the Community of Purpose. The point - the environment within the healthy organization at which individual passions and purpose align and internalize to that of the organization. The point of occurrence at which the engaged and empowered "I" becomes the encompassing "we" throughout the organization

### Inverted HPHCO Pyramid
Servant Lean LLC
December 31, 2013

Let Purpose be the foundation from which organizational energy flows from and actions, beliefs, experiences, and leadership align back to. What is stronger than mission and vision - Purpose - not what we do, or what we will do in the future, but why we do what we do.

### Sustainable Operations Excellence
Peoria Magazines
March 2010

### Why Lean Fails
XONITEK
March 2009

Home  Profile  Connections  Education  Jobs  Interests                Business Services  Try Premium for free

Search for people, jobs, companies, and more...    Advanced

Experience

### Eastern Regional Director
LifePoint Health
July 2015 – Present (2 months) | Charlotte, North Carolina Area

Provide leadership within the eastern region/market so as to ensure the operational efficiency improvement strategies are successfully executed at the local level. Work directly with group leaders to develop new processes, programs and solutions that are in alignment with company key initiatives. Accountable for defined performance objectives of delivering exceptional continuity of healthcare while lifting the communities. Lead the strategic execution of performance innovation creating organizational health around; organizational clarity, cohesive leadership, shared knowledge, enlightened leadership, exceptional communications, and extensive human value stream investment within the group.

LifePoint Health

LifePoint Hospitals: Making Communities He…

Making Communities Healt…

LifePoint Hospitals Becom…

What LifePoint CEO Bill Ca…

### CEO/Founder
Servant Lean LLC
January 2012 – Present (3 years 8 months) | Cincinnati Area

Creating an environment of high performance, high commitment, high reliability centered upon a community of purpose based in meaningful shared values, convictions, beliefs, and behaviors

Strategy Innovation Process that clarifies value propositions and business models linked to "brand" that conceptualize, develop, and deliver innovative services systematically through an evolving enterprise capability

Execution of value creation founded in staff competencies, enlightened leadership, critical thinking, and human spirit aligned with strategic intent. Create healthy organizations through:
• Organizational clarity
• Shared leadership & knowledge
• Cohesive leadership
• Strategy Deployment & Execution Process
• Extensive HR/OD investment
• Exceptional communications


Purpose, Passion, Cause
* Take care of the People:
Believe in them, Lift them up, build them up, Affirm their value and celebrate the Human Spirit, Create an atmosphere of trust, relationship, and community, Be present, listen, and be empathic
*The People will take care of the Process:
Unleash enlightened leadership in everyone, Equip individual capabilities in critical, system, and change leadership thinking, Empower individuals with respect, risk free experimentation, learning points and courage, Engage by aligning their passion to the organization and their higher cause
* The Process will take care of the Performance:
New experiences, New beliefs, New actions, New results

Coach & Speaker: Leading Transformation, Organizational Clarity & Effectiveness, Strategy Deployment & Execution Process

▸ 2 organizations

▸ 2 honors and awards

▾ 3 recommendations, including:

Home        Profile    Shih-Wa Tsai, MBA, PhD    Education    Jobs    John Paschall    Interests        Business Services    Try Premium for free
                       Sanjeev Morkonda PhD                           Sr Project Manager at CareSource Man...
                       Assistant Director Business Excellence…

Darrell has a true passion for PEOPLE, and he understands the interdependencies among strategy, programs, processes,... View

In my 25+ years of professional experience, I don't think I've come across anyone more passionate and more excited about the... View

1 more recommendation

Servant Lean LLC - Welcome

HPHCO SIPOC

Servant Leadership white p…

The Passion of Serving Ot…

Continuum of Organization…

SEE MORE

### Mastermind Facilitator
The John Maxwell Company
November 2014 – Present (10 months)

Darrell Casey, Certified John C. Maxwell Mas…

### Strategy Deployment and Execution Coach
Mentors Guild
March 2014 – Present (1 year 6 months) | Cincinnati Area

Catalyst to executive leadership in strategy deployment and execution process, organizational effectiveness and leadership of transformation.

www.mentorsguild.com/darrell.casey

### Director, Center for Performance Innovation
University of Maryland Medical Center
June 2014 – July 2015 (1 year 2 months) | Baltimore, MD

The University of Maryland Medical Center (UMMC) is a teaching hospital based in Baltimore, Maryland, that provides the full range of health care to people throughout Maryland and the Mid-Atlantic region. It is a national and regional referral center for trauma, cancer care, cardiac care, neurocare, women's and children's health and organ transplants.

The Medical Center has the most technically advanced imaging and operating room facilities, and it is a recognized leader in developing and performing minimally invasive surgical procedures. The Medical Center is one of the nation's first teaching hospitals, established in 1823.

▾ 6 recommendations, including:

| David Hunt | Karen Wallace |
|---|---|
| Director of Patient Care Services, Cardia... | Clinical Manager at University of Maryla... |
| Darrell is a thoughtful, passionate and inspiring leader who brings a positive 'can-do' attitude to new initiatives. I have... View | Darrell has a gift of inspiring people to utilize their abilities to reach and surpass goals. His leadership and... View |

Home   Profile   Connections   Education   Jobs   Interests   Business Services   Try Premium for free

4 more recommendations

Organizational Health

Center for Performance Innovation

UMMC Overview

UMMC Strategic Plan - 201...

The Value Proposition of P...

SEE MORE

### Director, Enterprise Performance
The Christ Hospital Health Network
July 2010 – June 2014 (4 years) | Cincinnati Area

Transforming to a High Performance Organization - $5.8M improvement in last 12 months delivered by our lean value stream teams

360 Review:

•Darrell is a strong leader. He has excellent communication skills and is able to negotiate conflict in a calm and respectful manner. He is very humble, yet offers an insight and perspective that is very valuable to the groups worked with.
•Darrell is extremely effective due to his communication style and respect of others. He always has time to listen and provide suggestions to improve operations and the culture of The Christ Hospital Health Network
•He is dedicated to improving the performance of our organization. He has high standards for himself and is extremely supportive of those that he works with
•He has a personality that is engaging. Darrell can inspire the most recluse of employees
•empowers others around him to be better leaders
•Darrell is an exceptional leader and motivates the teams to think of innovative solutions to issues. He consistently delivers high quality work, meets or exceeds deadlines, and assists the teams in their development at every opportunity. His valuable expertise and extensive knowledge of the Lean Methodology has been instrumental in assisting The Christ Hospital in making this Lean Journey extremely successful
•Darrell is a genuine person and is believable he is effective though his leadership by example
•has made me look differently at health care and how it's delivered. I have a greater understanding of the need for stewardship of our health care dollars and how we give value to the patients
•has the potential to be one of the top five most influential people at TCH
•has a strength to ask the questions about the "elephants in the room" or assists others with asking these types of questions. He accomplishes the above by doing an enormous amount of listening, and by doing so, develops an understanding of your situation
•Has the ability to make you feel that 1 person can make a difference

▸ 1 organization

▾ 15 recommendations, including:

| Tim Crowley | Victoria Martin |
|---|---|
| CPE Student at Twin Towers | Respiratory Therapist at The Christ Hos... |
| Darrell was a tremendous resource to me and many others within The Christ Hospital Health Network. We had patient flow... View | Darrell was integral in helping our ancillary department break through the barriers of attempting to development several... View |

13 more recommendations

Home  Profile  Connections  Education  Jobs  Interests  Advanced  Business Services  Try Premium for free

Darrell Casey speaks to the fundamental ele…

### Director, Center for Lean Leadership in Healthcare
The Christ Hospital
January 2013 – December 2013 (1 year) | Cincinnati Area

Founded the "Center" as a catalyst for development of distinctive competencies by investing in healthcare professionals. The programs are designed for change agents and influencers at all levels of the organization responsible for implementing the healthcare excellence transformation strategy.

The programs are intellectually rigorous yet tailored to the audience to be appropriate for all team members within their value streams. Its purpose is to create greater individual value through critical thinking, leadership of transformation, strategy deployment and execution process, organizational effectiveness, and lean leadership through a mix of conceptual knowledge and practical skills.

Objectives:
+ Create awareness of healthcare excellence enablers
+ Develop transformation leadership competencies
+ Develop critical thinking competencies
+ Develop organizational effectiveness competencies
+ Develop strategy deployment and execution competencies
+ Develop lean leadership competencies
+ Provide a forum for excellence in healthcare thought leadership
+ Lift individuals as enlightened leaders
+ Evolve the organization as a high performance high commitment organization

Programs available:
+ Organizational Effectiveness Development Program
+ Critical Thinking Development Program
+ Leading Transformation Development Program
+ Strategy Deployment and Execution Development Program
+ Lean Leadership Development Program

▼ 8 recommendations, including:

**Sandi Wright**
Clincial Nurse Manager at UC Health/ D…

**Nathan Long**
President

I had the pleasure of working with Darrell Casey on multiple occasions to help clinical departments to be effective with the... View

Darrell's work ethic and commitment to the principles of Lean Leadership are truly characteristics I admire. Darrell is the... View

6 more recommendations

### Coach, Lean Healthcare
Greater Cincinnati Health Council
August 2012 – November 2013 (1 year 4 months) | Cincinnati Area

2013 Greater Cincinnati Health Council Nominee Finalist "Servant Leadership Award"

Transform the regional health care culture with the engagement of LEAN practices to unleash progressive leadership, support efficient, effective and innovative practices and communicate the value of each health care staff member.

Provide cost effective regional LEAN train-the-trainer education and support program to enable a consistent regional LEAN approach facilitating culture transformation

Provides expansive regional support and resources while offering an affordable, sustainable and cost-effective solution.

▸ 1 organization

▼ 2 recommendations

**Rod Baker**
Director Process Engineering

**Todd P. Dockum**
Director of Business Operations at VGC…

Darrell is a very knowledgeable and experience practioner of lean principles. His ability to express his views, problems at... View

Darrell is extremely passionate and therefore motivational about lean healthcare. It is that "enthusiasm" that Darrell... View



Greater Cincinnati Lean Improvement Conso…    2013 Servant Leadership Award

Servant Leadership Award

### Management Consultant
Celerant Consulting
November 2008 – June 2010 (1 year 8 months)

Create strategic deployment and execution procedures
Develop organizational effectiveness models for enhanced focus and alignment
Conduct business situation analysis
Lead change leadership development
Mentor lean implementation activities

▼ 3 recommendations, including:

**James Spangenberg**
Maintenance Supervisor at American Da…

Over twenty weeks ago we engaged in Project Excel along with Celerant Consulting. I had never been involved with a "lean"... View

**William DeCamp**
at Radiant Solutions Group

Darrell has special talents that you rarely get in the consulting world. First he is a world-class practitioner and author... View

1 more recommendation

### Corporate Manager, World Wide Lean Implementation, Belt and Hose Division
Gates Corporation
July 2005 – November 2008 (3 years 5 months) | Greater Denver Area

Partner with senior executive team and plant management members to ensure organizational clarity and efficient strategic implementation of the Gates Production System model for 36 global operations. Individual contributor specialized in development of sustainable behaviors and creation of distinctive competencies in resources. Typical of the coaching and leadership impact were the following outcomes:
•    Led Quick Changeover processes that provided a 53% reduction in lead-time with increased schedule flexibility of small lot runs.
•    Problem solved via six sigma, equipment effectiveness issue that provided 66 hours of capacity a month back to the operation
•    Converted batch and queue manufacturing line to single piece flow with a 29% improvement in productivity and reduction of weekend overtime requirements.

▼ 5 recommendations, including:

**Denise Jacobs**
Quality & Manufacturing Assurance Spe…

Darrell was instrumental in the implementation and continuous improvement strategies while at Gates Corporation. He has a... View

**Kathy Wojcik, SPHR**
Owner, Chief Growth Officer, Author, Sp…

I had the pleasure to work on several remote location projects with Darrell. He is a master - smart, grounded, practical... View

3 more recommendations

### Operations Manager
Rexnord
April 2004 – July 2005 (1 year 4 months)

Led the Rexnord Business System model for strategy deployment and execution through the X Matrix process. Coached executive members in transformational change while engaging employees in

Advanced     
Home   Profile   Connections   Education   Jobs   Interests     Business Services   Try Premium for free

implementation and ownership behaviors through 3P (Production Preparation Process) in which employee teams conceptualize, develop, validate, and deploy radical improvement leading to performance enhancements of:
• Created value stream organization structure focusing on integration of business functions decreasing lead-time from 20 to 7 days.
• Established three automatic assembly cells for high volume product family utilizing pull methods from a supermarket coupled with In Process Kanbans increasing productivity by 160%.
• Led Single Minute Exchange of Die events in the turning department leading to an average of 64% reduction in changeover time with a 23% reduction in First Article Inspection scrap.

### Manager, Operations Excellence
Ingersoll Rand
May 2002 – April 2004 (2 years)

Established the Operations Excellence vision and strategy for 23 global operational sites driving distinctive competencies.
Developed and deployed the Operations Excellence strategy map through Hoshin Kanri (Policy Deployment) methods resulting in functional alignment and integration.
Created and deployed the Operations Excellence Maturity Roadmap establishing a global model for organizational culture.
Conducted operational assessments of global locations using J4000/4001 SAE Standards for lean.

▾ 4 recommendations, including:

**Arpit Shah**
Sr. Commodity Manager at Ingersoll Rand

I worked with Darrell in 2002-2004 timeframe as we were developing a frame-work to accelerate the Lean tranformation of one... View

**Patrick Surmont**
Program Manager Product Management…

Darrell is a seasoned professional. His capabilty to analyse the business and to come up with appropriate measures is... View

2 more recommendations

### Lean Manufacturing Manager
Thomson Consumer Electronics
December 1997 – May 2002 (4 years 6 months)

Unit leader with McKinsey & Company consultants in Activity Value Analysis, which identified, developed, and implemented plans to reduce $11.58 million from a $36.8 million budget.

▾ 2 recommendations

**David Powers**
Senior Manager, Plant Operations

I had the honor of working both for and in partnership with Darrell at Thomson Consumer Electronics. Darrell was... View

**Larry Graham**
OpEx Improvement Leader – Growing L…

Darrell was instrumental in proving the benefits of Lean to Thomson and soon took the reigns to lead the campus to further... View

### Maint Manager
Eaton Hydraulics
July 1995 – December 1997 (2 years 6 months)

Consultant for the Worldwide Business Team on best practices. Assisted Eaton international operations on their quest to improve strategic planning, leadership, product and process development, information management, and customer service through the application of the Baldrige Quality Criteria and Total Quality Management philosophy.

▾ 1 recommendation

**Chief B. Davidson**
Vice President of Manufacturing at Global Industries, Inc.

Darrell and I worked together at the Eaton, Hutchinson, KS facility as staff members. I picked Darrell as the Maint. Manager due to his direct focus on continuous improvement within a totally service organization. This focus and dedication helped... View

### Program Manager, Next Generation Truck
Navistar
March 1990 – July 1995 (5 years 5 months) | Springfield, Ohio

Program management for electrical and electronic vehicle systems via Product Development Life Cycle Management criteria, vast experience in process mapping, Supplier Input Process Output Customer (SIPOC) process, benchmarking, capacity/demand simulation, Cp and CpK studies, process R&R, Quality Functional Deployment (QFD), Design For Manufacturing/Design For Assembly (DFM/DFA), Value Analysis/Value Engineering, 8 Step Root Cause Problem Analysis, Production Part Approval Process (PPAP), Failure Mode Effect Analysis (FMEA) and A3 Process.

### Weapon System Acquisition and Test

| Home | Profile | Connections | Education | Jobs | Interests | | Business Services | Try Premium for free |

United States Air Force
September 1987 – March 1990 (2 years 7 months) | 3306 Test & Evaluation Sq. Edwards AFB, Det. HQ BMO

Program management through all phases and gate reviews as part of Weapon System Life Cycle Management while embedded with Boeing, TRW and Martin Marietta in the planning, development, testing and validation of proposed weapon systems

▸ 2 honors and awards

▾ 1 recommendation

**Richard Blevins**
--

Darrell Casey is truly a professional, his work ethic and dedication to every project was outstanding. He ensured every tasking was completed on time and the quality always exceeded expectation.  View

**Certified Master Instructor and Instructional System Designer**
United States Air Force
March 1982 – September 1987 (5 years 7 months) | 3360 Tech Training Group, Chanute AFB, IL

Certified Master Instructor and Instructional System Designer; conducting gap assessments, developing program content and sequencing, validating all instructional criteria, and delivering classroom training/instruction. Course program focused upon electrical mechanical systems including; primary, secondary and emergency A/C and D/C power generation and distribution systems.

▸ 7 honors and awards

▾ 1 recommendation

**Brian Romanowski**
Pastor at First Baptist Church of Mahomet

Darrell maintained superior standards for training and professionalism while fulfilling his role as a Master Instructor for the United States Air Force. He provided high quality training that resulted in well qualified technicians to support the...  View

John Levitow Award - NCO Leadership Acad…

## Education

**The John Maxwell Team**
2014 – 2016

JMT Phil

JMT Mastermind

**University of Mississippi/AMA**
Certificate, Strategic Leadership
2013 – 2013

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Search for people, jobs, companies, and more... | | | Advanced | ✉ | ⚐ | +👤 | 👤 |
| Home | Profile | Connections | Education | Jobs | Interests | | Business Services | Try Premium for free | |

StratLead

### The Greenleaf Center for Servant Leadership
Certificate, Servant Leadership
2012 – 2012

### Kennedy Western University
Doctor of Philosophy (Ph.D.), Strategy Management
2003 – 2005

Dissertation: "The Role of Change Leadership In A Operations Excellence Transformation Model".
Published by Lulu Press in 2008, ISBN 978-0-557-00425-6

### Baldrige Quality Award Examiner Training
1997 – 1997



Scan_Pic0001

### Oracle ERP Bootcamp
1997 – 1997

### U.S. Air Force Institute of Technology
Certificate, Purchasing, Procurement/Acquisitions and Contracts Management
1988 – 1989

scan0056

### Illinois Institute of Technology
Locomotive Engineer
1987 – 1988

### Eastern Illinois University
M.S, Industrial Technology
1985 – 1987

### Community College of the Air Force
Associate of Science (A.S.), Instructor in Technology
1984 – 1986

### Eastern Illinois University

Bachelor of Arts (B.A.), Technical Education
1982 – 1985

**Community College of the Air Force**
Associate of Science (A.S.), Electrical Power Systems
1982 – 1984

**Parkland College**
Associate of Arts (A.A.), Literature
1982 – 1983

**Mechanicsburg High School**
High School, College Prep
1976 – 1979

Champaign County, Ohio

 Certifications

**Facilitator/Coach Leadership is Everyone's Business - The Leadership Challenge, Kouzes and Posner**
Starting January 2014

**Certified, Six Sigma Master Black Belt**
Starting August 2013

**Certified Strategic Management Analyst**
Starting July 2006

**Certified Lean Manufacturing Manager**
Starting September 1999

**Certified Plant Engineer**
Starting August 1992

**Certified Master Project Manager**
Starting May 2011

**Certified Master Instructor**
Starting November 1985

**Certified Instruction System Designer**
Starting March 1986

 Honors & Awards

**Doctor of Divinity, (honoris causa)**
October 2014

**Ordained Minister**
June 2015

**Air Force Commendation Medal**
United States Air Force
March 1985

Outstanding achievement or meritorious service rendered on behalf of the United States Air Force
Search for people, jobs, companies, and more...   Advanced
Home   Profile   Connections   Jobs   Interests   Business Services   Try Premium for free

### Air Force Achievement Medal
United States Air Froce
April 1983

Outstanding achievement of service rendered as a member of the USAF Honor Guard

### Air Force Good Conduct Medal
United States Air Force
March 1987

Exemplary conduct, efficiency and fidelity during three years of active enlisted service with the U.S. Air Force

### USAF Outstanding Unit Award Ribbon
USAF
September 1994

Awarded to U.S. Air Force units for exceptionally meritorious achievement or meritorious service

### USAF Organizational Excellence Award Ribbon
USAF
June 1983

awarded to recognize the achievements and accomplishments of Air Force organizations or activities that do not meet the eligibility requirements of the Air Force Outstanding Unit Awards such as Headquarters organizations and Air Force Academy units.

### USAF NCO Professional Military Education Graduate Ribbon
USAF
July 1985

John Levitow Award - The highest award presented at Airman Leadership School, it is the pinnacle of success in ALS and Enlisted PME. The Levitow award is presented to the student that demonstrated the most outstanding leadership and scholastic qualities. Selection for the Levitow award is based on academic performance and assignment of points by peers and instructors

### USAF Longevity Service Ribbon
USAF
March 1990

Successful completion of an aggregate total of four years of honorable active service.

### USAF Small Arms Expert Ribbon
USAF
April 1982

Qualification as expert with either the M-16 rifle or standard Air Force issue handgun.

### USAF Basic Military Training Honor Graduate Ribbon
USAF
April 1982

### Additional Honors & Awards

2013 Greater Cincinnati Health Council Nominee Finalist "Servant Leadership Award"
Fellow, Graduate Academy of Management
Honorary Advisor to the Board, International School of Business
Fellow, American Academy of Project Management
Honorable Discharge, US Air Force with Secret Security Clearance
Adjunct Faculty Member, Hutchinson Community College and Ivy Tech State College

---

Organizations

### Graduate Academy of Management
Fellow
Starting May 2011

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **American Academy of Project Management** | | Search for people, jobs, companies, and more... | | Advanced | | | |
| | Board Member | | | | | | | |
| | Starting February 2013 | | | | | | | |
| Home | Profile | Connections | Education | Jobs | Interests | | Business Services | Try Premium for free |

**International School of Business**
Honorary Advisor to the Board
Starting June 2010

**Society of Manufacturing Engineers**
Advisor; Lean Certification Body of Knowledge
Starting March 2008

**Center for Creative Leadership**
member
Starting March 2012

**Greater Cincinnati Health Council**
Lean Coach - Volunteer
Starting January 2013

**American Legion, Dept OH, Post 888**
Member
Starting June 2008

---

Additional Info

- **Interests**

    American Civil War history, American pre-revolutionary thought leadership on government, Abraham Lincoln on Servant & Enlightened Leadership, John Maxwell and Ken Blanchard on leadership, Organizational Effectiveness, Strategy Deployment and Execution Process, Creating High Performance High Commitment Organizations, Servant Leadership, Collecting rare, out of print, first edition books, Lionel "O" gauge model rail roading

- **Personal Details**

    Birthday        June 22
    Marital Status  Married

- **Advice for Contacting Darrell**

    Contact me at: dcasey@servantlean.com

---

  Volunteer Experience & Causes

**Opportunities Darrell is looking for:**

• Joining a nonprofit board

**Causes Darrell cares about:**

• Education
• Poverty Alleviation

---

Recommendations                              Received (51)    Given (22)

**CEO/Founder**
Servant Lean LLC


   

Home   Profile   Connections   Education   Jobs   Interests         Business Services   Try Premium for free


**Shih-Wa Tsai, MBA, PhD**
Assistant Director Business Excellence at Abbvie

" Darrell has a true passion for PEOPLE, and he understands the interdependencies among strategy, programs, processes, performance measurements, and engagement. He has the courage, passion, and expertise to lead organizations to achieve breakthrough results, with a deep commitment in developing and lifting each staff member. It's been a great pleasure and blessing to know... more

March 30, 2014, Shih-Wa was with another company when working with Darrell at Servant Lean LLC


**John Paschall**
Sr Project Manager at CareSource Management Group, PMP, SSGB

" In my 25+ years of professional experience, I don't think I've come across anyone more passionate and more excited about the symbiotic relationship between strategic improvement and leadership. Darrell KNOWS how to lead people through and beyond culture change to achieve operational breakthrough performance. And lastly, he's just a good guy!

January 12, 2014, John was with another company when working with Darrell at Servant Lean LLC


**Jim Barone**
National Vice President - Business Development

" Consider the things most critical to business success today - leadership, courage, passion for a shared cause, commitment. Now consider whether your organization would benefit from these character traits. If the answer is an enthusiastic yes then Darrell Casey is one you should recruit. I've worked closely with Darrell and find his passion and commitment for improving... more

March 23, 2013, Jim was with another company when working with Darrell at Servant Lean LLC

### Director, Center for Performance Innovation
University of Maryland Medical Center


**David Hunt**
Director of Patient Care Services, Cardiac Care & Radiology at University of Maryland Medical Center

" Darrell is a thoughtful, passionate and inspiring leader who brings a positive 'can-do' attitude to new initiatives. I have worked with him closely on several projects to create constructive operational and clinical change. He has an eye for detail, an ability to ask tough questions and a willingness to roll-up his sleeves and partner with others to find the right... more

June 11, 2015, David managed Darrell indirectly at University of Maryland Medical Center

**Karen Wallace**
Clinical Manager at University of Maryland Medical Center

" Darrell has a gift of inspiring people to utilize their abilities to reach and surpass goals. His leadership and communication skills are always evident in his very respectful delivery methods. Working with Darrell creates such positive energy!

January 23, 2015, Karen worked indirectly for Darrell at University of Maryland Medical Center

See More

### Groups

   

| Leadership Gold- Jo… | The Center for Organ… | Servant Leadership I… | Wounded Warriors (4… |
| 4,596 members | 251 members | 1,179 members | 1,354 members |
| Join | Join | Join | Join |

  

| Pastor Rick Warren | United States Air For… | Strategy & Transfor… | |
| 7,251 members | 11,959 members | 5,415 members | See 27 more |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Join | Join | Join | | Search for people, jobs, companies, and more... | Advanced | | | |
| Home Following | Profile | Connections | Education | Jobs | Interests | | Business Services | Try Premium for free |

## Influencers


**Richard Branson**
Founder at Virgin...
Follow


**Jack Welch**
Executive Chairman,...
Follow


**Deepak Chopra MD (...**
Founder, Chopra...
Follow


**James Caan CBE**
Serial Entrepreneur...
Follow


**Daniel Goleman**
Author of What...
Follow


**David Cameron**
Prime Minister of...
Follow


**Guy Kawasaki**
Chief evangelist,...
Follow

See 17 more

## News


**Leadership & Manag...**
12,883,809 followers
Follow

## Companies


**Teach For America**
Education Management
Follow


**ThedaCare Center fo...**
Professional Training & Coaching
Follow


**Healthcare Performa...**
Hospital & Health Care
Follow


**Healthcare Leadershi...**
Health, Wellness and Fitness
Follow


**Altarum**
Research
Follow


**Carlisle & Gallagher...**
Management Consulting
Follow


**Veterans' Hope**
Military
Follow

See 60 more

## Schools

Search for people, jobs, companies, and more... Advanced

Home Profile Connections Education Jobs Interests Business Services Try Premium for free

**Community College...**
Montgomery, Alabama Area
Following

**Eastern Illinois Unive...**
Urbana-Champaign, Illinois Area
Follow

**U.S. Air Force Institu...**
Dayton, Ohio Area
Follow

**Stanford University**
San Francisco Bay Area
Follow

**Illinois Institute of Te...**
Greater Chicago Area
Follow

**University of Mississ...**
Greater Memphis Area
Follow

**University of Marylan...**
Washington D.C. Metro Area
Follow

**Parkland College**
Urbana-Champaign, Illinois Area
Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**
LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

