# EXHIBIT C

# X Matrix:
# Strategy Deployment and Execution Process for Breakthrough Business Performance



**Darrell Casey, PhD, CSMA**

# 7 Step Hoshin Planning Process



1. Establish Organizational Vision

2. Strategic Planning: Develop 3-5 Year Breakthrough Objectives

**Catchball**

3. Develop Annual Objectives

4. Deploy Annual Objectives

5. Implement Annual Objectives

**Lean & Other Tools**

6. Monthly Review

7. Annual Review

**Self Diagnosis**

P D C A

48



Step 3: HOW?

Which Key Processes?

Step 2: HOW FAR...

Step 4: HOW MUCH & WHEN?

Step 5: WHO

Resource

The Strategy Deployment "X" M

P

D

5. Implement Annual Objectives → Lean & Other Tools

C

A

6. Monthly Review

7. Annual Review

Self Diagnosis ←



Step 3: HOW?

Which Key Processes?

Step 2: HOW FAR...

This Year?

Step 4: HOW MUCH & WHEN?

Measures?

Step 5: WHO

Resource Deployment

Step 1: WHAT?

Breakthrough Thinking

*The Strategy Deployment & Execution Process - "X" Matrix*

49



51

<u>What Is A Breakthrough?</u>

> **<u>Formal Definition:</u>**
>
> • An act of overcoming or penetrating an obstacle or restriction.
>
> • A major achievement or success that permits further progress.
>
> • Synonym…. A quantum leap

<u>In-formal:</u>

Something we don't know how to do ….YET!

Why Think Breakthrough?



Are customer demands increasing or decreasing?

Is your competition going to just stand by while you eek out incremental gains?

**Or simply go back to & consider….**

Formal Definition:

•   An act of <u>overcoming</u> or penetrating an <u>obstacle</u> or restriction.

•   A major achievement or <u>success that permits further progress</u>.

•   *Synonym*…a <u>quantum leap</u>

….& ask yourself, why not?

Breakthrough objectiv[...]

have always done an[...]

their comfort zones, [...]

objectives must be w[...]

not business as usua[...]

Freeing up resources[...]

breakthrough objectiv[...]

departmental silos; wh[...]

Breakthro[...]

improvemen[...]

competency. [...]

a fundamer[...]

pro[...]

Leadership must be[...]

breakthrough objecti[...]

only accomplished b[...]

and consistent messa[...]

to the next level.

What is Break[...]

Breakthrough objectives require managers to stop doing what they have always done and do something new.  This pushes people out of their comfort zones, which is the whole point. Still, the breakthrough objectives must be within the realm of possibility.  A breakthrough is not business as usual and should require a redirection of resources. Freeing up resources is critical because achieving the two or three breakthrough objectives generally requires teams to work across departmental silos; which most businesses do not do well.

> Breakthrough = a radical and dramatic improvement in one or more organizational competency.  A long-term effort that will require a fundamental re-thinking of the affected processes and systems.

Leadership must be involved in translating the strategic intent to breakthrough objectives. Alignment throughout the organization is only accomplished by a cohesive leadership team delivering a clear and consistent message in the form of these breakthrough objectives to the next level.

> What is Breakthrough For One Company May Not Be For Another

## Performance Breakthrough Examples



| | |
|---|---|
| Growth | Double Top Line Sales in 5 yrs |
| OP | Double OP % to Sales in 3 yrs |
| Quality | Reject PPM Reduction by 90% in 3 yrs |
| Delivery | Reduce LT 75%, OTD to 100% in 3 yrs |
| Cost | Reduce Mfg Cost/Unit 50% in 3 yrs |
| Cash flow | Improve WC X 50% in 2 yrs |

### How Many Breakthrough Objectives Make Sense?



The critical few that will.....
- Create the most value
- Position us to capture the most share
- Sustain the value created

**FOCUS, FOCUS, FOCUS!**

Several criteria for deve
- A significant benefit
- Customer value foc
- Provide significant
- Require multi-functi
- Result in a new sta

Breakthrough Objective

- ❏ Clearly linked t
- ❏ Will it create
  shareholders?
- ❏ Will it position
  competitive ad
- ❏ Did it stretch th
- ❏ Does the organ
- ❏ Is it measurabl
- ❏ Does it require
- ❏ Does it require
  does things?
- ❏ Is it one of the
- ❏ Can it be a
  breakthrough)

rough Examples

| Top Line Sales in 5 yrs |

| OP % to Sales in 3 yrs |

| PM Reduction by 90% in 3 |

| LT 75%, OTD to 100% in 3 |

| Mfg Cost/Unit 50% in 3 yrs |

| WC X 50% in 2 yrs |

ake Sense?

most value
s to capture
hare
he value

S, FOCUS!

Several criteria for developing 3-5 year breakthrough objectives:

- A significant benefit in quality, delivery, cost or growth

- Customer value focused

- Provide significant competitive advantage

- Require multi-functional involvement

- Result in a new standard and/or system of excellence

Breakthrough Objective Summary Checklist

- ❑ Clearly linked to strategic objectives from the strategic plan?
- ❑ Will it create significant value for customers and/or shareholders?
- ❑ Will it position the business to take market share through competitive advantage?
- ❑ Did it stretch the organization?
- ❑ Does the organization already know how to do it?
- ❑ Is it measurable?
- ❑ Does it require cross-functional involvement?
- ❑ Does it require significant change in how the way the business does things?
- ❑ Is it one of the critical few strategic priorities for the business?
- ❑ Can it be accomplished in one year or less (if so, not breakthrough)?

Once a Breakthrough Objective
is achieved, the process for
achieving the objective will
become standardized.

Therefore, the processes that are established when achieving breakthrough objectives will eventually become part of the daily management systems of the organization.

Daily Management

Effective Daily Management is essential for the Policy Deployment Process

✓ Standardized, Day-to-Day Activities
✓ Limited Cross Functional Interface
✓ Base Hits vs. Home runs
✓ Tracked via Key Performance Indicators



More on KPIs Later

*(left margin tabs)* Year 4   Year 3   Year 2   Year 1   Year 0   Daily Management

# SDEP Thought Process



## Company Name > Top Level X matrix <Year>

Step 2: HOW FAR?
This year?

Annual Objectives should be listed in order of 3-5 Yr Breakthrough they support.

Top Level Improvement Priorities

Annual Objectives

Target to Improve

3-5 Year Breakthrough Objectives

Annual Objective #4
Annual Objective #3
Annual Objective #2
Annual Objective #1

Objective #1
Objective #2
Objective #3

Step 1: WHAT?
Breakthrough Thinking

Resources
● Primary Responsibility
○ Secondary Responsibility

### Annual Improvement Objectives Area

• Fill this in second

• Breaks the Breakthrough Objectives down into manageable 1 year objectives.

• What can be accomplished this year that moves







Annual Objective  Examples



| Growth | Grow Top Line Sales 15% |
| OP | Increase OP by 25% |
| Quality | Reject PPM Reduction by 50% |
| Delivery | Reduce LT 50%, OTD +20% |
| Cost | Reduce Mfg Cost/Unit 20% |
| Cash flow | Improve WC X 15% |

Annual Objective Summary Checklist

- ❑ Do we understand current performance metrics and drivers?
- ❑ Does it quantify how far to improve in the first year in order to hit the 3 – 5 Year Breakthrough Objective?
- ❑ Does it divide the 3 – 5 Year Breakthrough into annual amounts?
- ❑ Is it still a stretch goal ?
- ❑ When we accomplish the annual objective, does the customer benefit?
- ❑ Will it provide significant competitive advantage or significant operating performance improvement?
- ❑ Will it require significant change in how we do things?
- ❑ Does it require cross-functional effort?
- ❑ Do we already know exactly how to do it?
- ❑ Are there problems in other areas that need to be fixed first?

71

Correlation
•Do the AIPs directly impact the objective?

•Have constraints, bottlenecks, bad actors, etc been analyzed?

•Does factual data support the priority of the effort in the area, function, value stream, cell, machine, etc?

SDEP Thought Process



Which key processes drive the performance needle?

Step 3: HOW?
Which Key Processes?

CURRENT PERFORMANCE

YR 1

73

74



**Company Name > Top Level X matr...**

Improvement Priority #5
Improvement Priority #4
Improvement Priority #3
Improvement Priority
Improvement Priority

Top Level Improvement Priorities

Annual Objectives

Target to Improve

3-5 Year Breakthrough Objectives

Objective #1
Objective #2

**Step 3: HOW?**
Which Key Processes?

What key driver processes are we going to modify or implement to meet our 1st Year Annual Objectives?

**Step 2: HOW FAR?**
This year?

**Step 1: WHAT?**
Breakthrough Thinking

Resources
● Primary Responsibility
○ Secondary Responsibility

**"X" MATRIX**

Top Level Improvement Priorities

78

1.) Understand the key drivers of current performance.

2.) Determine the key processes that can bridge the gap between current performance & the Annual Objective

- Use 5 Whys & Pareto

3.) Prioritize & list the top 1-5 critical processes/initiatives

Annual Objective

GAP

Current

Top Level Im

...you get the idea.

QUALITY

Launch New Product Development

GROWTH

Current

3.) Prioritize & list the top
processes/initiatives

...you get the idea.

**QUALITY**

• Create & Implement Rapid Defect Reduction Process

• Implement DFSS on Critical Products

**DELIVERY**

• Apply Lean Tools to XYZ to Reduce LT

• Implement Back-Office LT Reduction Process

**COST**

• Develop & Implement LCR Sourcing Plan

• Launch Prod'y Imp Std Work Series in Assy

| Launch New Product Development Process |
| Develop & Implement LCR Sourcing Plan |
| Apply Lean Tools to XYZ to Reduce LT |
| Create & Implement Rapid Defect Reduction Process |

Top Level
Improvement
Priorities

**GROWTH**

• Launch New Product Development Process

• Create Key Customer Conversion Process

**OP**

• Apply Lean Processes to G&A Areas

• Reverse Unprofitable Accts Process

**CASH FLOW**

• Launch "War on WC" Process

• Implement POU Replenishment Process

This Year's Intense Process Improvement Efforts That
Become Daily Management Next Year

Top Level Improvement Priority Examples

79

specifics and measurability to the
 the organization will contribute
be stated with a common format

eans


ution process not only states the
s or method to be used to pursue
ective might read like this:


lean enterprise tools to reduce a
y 50% by September '07"


derstand the cause and effect
many benefits:

es needed to achieve objectives

ssary training programs

ds to create common continuous
lary

"programs of the month"

 management

ity

## Improvement Priorities Checklist

- ❑ Does it lead to the creation of a sustainable, results oriented process vs. simply a short term task?
- ❑ Will this year's process creation become daily management next year?
- ❑ Does it begin with an action verb?
- ❑ Does it meet current or emerging customer needs?
- ❑ Does it reflect simple flow or logic?
- ❑ Is it easy to communicate? (If not, simplify/clarify).
- ❑ Is it a critical, primary driver of the Annual Objective?

## SDEP Thought Process





Determine which metrics will reflect timely progress of Improvement Priorities & track them.

• Will it move the metric adequately?

• Does each metric have some AIP to improve it?

• How much does each metric contribute?

• Do you really understand the individual metrics?

83

84

Target To Improve - Metrics Area



Company Name > Top Level X matrix <Year>

Step 2: HOW FAR?
This year?

Step 3: HOW?
Which Key Processes?

Step 1: WHAT?
Breakthrough Thinking

Step 4: HOW MUCH & WHEN
Measures?

Objective #4
Objective #3
Objective #2
Objective #1

Annual
Objectives

Top Level
Improvement
Priorities

3-6 Year
Breakthrough
Objectives

Target to
Improve

Improvement Priority #5
Improvement Priority #4
Improvement Priority #3
Improvement Priority #2
Improvement Priority #1

Objective #1
Objective #2

Target to Improve #1
Target to Improve #2
Target to Improve #3
Target to Improve #4
Target to Improve #5

Resources

● Primary Responsibility
○ Secondary Responsibility

## Identify Targets To Improve (TTIs)



TTI's....



- Are req'd for each Improvement Priority

- Are measures of effectiveness of an Improvement Priority

- Should be able to be broken down into monthly increments

- Are typically, From:____ To:____by____ statements.



**Deploy: HOW MUCH/WHEN**

**Determine Measures and Track**

- Targets are measures of the

## Target To Improve Examples

| | |
|---|---|
| GROWTH | New Accts From 1/mos to 3/mos by 6/30 |
| OP | Inc Qtr OP From 7% to 10% by 12/31 |
| QUALITY | Int Reject PPM from 10K to 5K by 12/31 |
| DELIVERY | OTD From 75% to 90% by 10/31 |
| COST | Prodt'y From 25 to 40 PCS/hr by 12/31 |
| CASH FLOW | Improve DSO's From 65 to 55 by 12/31 |

Target to In...
- ❑ Will ...
  impl...
- ❑ Can ...
  incr...
- ❑ Doe...
- ❑ Doe...
- ❑ Doe...
  mile...
- ❑ Is it ...
- ❑ Doe...

### The Top 10 Reasons People Do Not Measure Results

10.   "It's just a way to get rid of people"

9.   "My boss will want me to work harder"

8.   "But what if we fail?"

7.   "I don't have time to track all that data"

6.   "It's already in that big report we get each month"

5.   "You can't trust the data anyway"

4.   "We already track so many things we don't use"

3.   "That's Accounting's responsibility"

2.   "Why measure unless there are $$$ savings"

1.   ...and the Number 1 Reason Is...    "No one asked me to"

92

cts From 1/mos to 3/mos by
6/30

Qtr OP From 7% to 10% by
12/31

ject PPM from 10K to 5K by
12/31

From 75% to 90% by 10/31

y From 25 to 40 PCS/hr by
12/31

ve DSO's From 65 to 55 by
12/31

ot Measure Results

le"

arder"

t data"

get each month"

"

s we don't use"

ty"

$$$ savings"

"No one asked me to"

Target to Improve Checklist

❑ Will it effectively reflect impact of Improvement Priority implementation?

❑ Can it be broken down into at least monthly progress increments?

❑ Does it exceed Annual Business Plan targets?

❑ Does it track progress toward achieving the Annual Objective?

❑ Does it measure results (preferable), vs. action plan milestones?

❑ Is it easy to calculate and communicate?

❑ Does it demonstrate a simple flow of logic?

93

## SDEP Thought Process





Identify key cross-functional resources, align and assign by priority impact to the business.



Step 5: WHO?
Resource Deployment

Identify the primary (lead ) and secondary resources that will have the greatest influence or ability to impact the Improvement Priority & Target to improve.

Step 4: HOW MUCH & WHEN Measures?

Step 3: HOW?
Which Key Processes?

Step 2: HOW FAR?
This year?

Step 1: WHAT?
Breakthrough Thinking

Team Members Area

•Work on this fourth

Identify Key Resources To Deploy Priorities

- There should be one clear leader assigned to each Improvement Priority.
- Leader and support resources should be:
  - Appropriate
  - Adequate
  - Available (made, if req'd)
  - Accountable



The Largest Or Most Available Resources Won't Always Have The Greatest Impact On Achieving Your Companies' Most Important Strategic Initiatives... Select & Assign Accordingly

**Deploy: Identify Resources**

Resource Deployment Checklist

- ❑ Is the leader the most appropriate in terms of ability to impact implementation of this priority?
- ❑ Can the leader be available to deploy this priority?
- ❑ Are the support resources the most appropriate, are they adequate and can they be available for this priority?
- ❑ Is accountability clear to assigned resources?
- ❑ Do leader and support resources have clear access/visibility to TTI measure and impact on pertinent Annual Objective?



The completed Top Level X Matrix

rms of ability to impact

is priority?

appropriate, are they
this priority?

urces?

clear access/visibility to

nnual Objective?

101

2nd Level X Matrix



In order [...]
targets a[...]
organiza[...]
assure c[...]
involve [...]
functiona[...]
organiza[...]
these bo[...]
continuo[...]
various [...]
the area[...]
boundar[...]
change [...]
internal [...]
external [...]
conflictin[...]
can inte[...]
the man[...]
of their p[...]

Catch-b[...]
dialog a[...]
process[...]
fact. Ca[...]
term pla[...]
incorpor[...]
cascade[...]
across [...]
resourc[...]

shared and agreed objectives.   The catch-ball process includes four activities:

- Building alignment through linked cascade of means
- Setting business performance targets and objectives
- Cascading business objectives to the workplace ('gemba')
- Achieving alignment of improvement and effective resource allocation

## 2nd Level Improvement Priorities Examples

| TOP LEVEL | | 2ND LEVEL |
|---|---|---|
| Create Key Customer Conversion Process | GROWTH | Develop Promotion and pitch New Valve to ABC |
| Implement Reverse Unprofitable Accts Process | OP | Develop & Implement Volume Pricing Program |
| Implement Rapid Defect Reduction Process | QUALITY | Process Control on Manifold Assy |
| Apply Lean Tools to XYZ to Reduce LT | DELIVERY | Perform 1pc Flow Kaizen in Pumps |
| Develop & Implement LCR Sourcing Plan | COST | Secure PCBs from (2) Qualified Offshore Suppliers |
| Launch "War on WC" Process | CASH FLOW | Implement New Net 60 Payment Terms Policy |

Definition "Catch Ba...

- Catch Ball developing t strategies objectives
- Ensures ther
- The goal is f measures an
- Used in s management
- The analogy interactive na

Lower Level Improve

- Does it lead t
- Does it lead t
- Does it meet
- Is it easy to c
- Does it demo
- Is it measura
- Is it a key driv
- Does it get directly to an

120

ball process includes four

scade of means
s and objectives
e workplace ('gemba')
and effective resource

2ND LEVEL

Develop Promotion and pitch
New Valve to ABC

Develop & Implement
Volume Pricing Program

Process Control on Manifold
Assy

Perform 1pc Flow Kaizen in
Pumps

Secure PCBs from (2)
Qualified Offshore Suppliers

Implement New Net 60
Payment Terms Policy

Definition "Catch Ball"

❏ Catch Ball is the process/communication that occurs when developing the strategies at all levels and to ensure that the strategies can be implemented to achieve the desired objectives

❏ Ensures there is vertical and horizontal alignment.

❏ The goal is for the groups to establish and agree on the goals, measures and management review processes.

❏ Used in strategy deployment to communicate across management levels when setting annual business objectives.

❏ The analogy to tossing a ball back and forth emphasizes the interactive nature of strategy deployment.

Lower Level Improvement  Priority Checklist

❏ Does it lead to creation of a sustainable process?

❏ Does it lead to creation of a results-oriented process?

❏ Does it meet current or emerging customer needs?

❏ Is it easy to communicate/ (If not simplify/clarify)

❏ Does it demonstrate a simple flow of logic?

❏ Is it measurable, but not a measure itself?

❏ Is it a key driver of the higher level Improvement Priority?

❏ Does it get cascaded to a lower level matrix, or does it go directly to an action plan?

speak for a timeline
the year-end target,
s another example of
n.   The results and
are captured and
shortfalls to the goal
a desperate year-end

ociated bowling chart
not tracking with the
s associated bowling
nal areas that have
ach places the focus
troduction of specific

needed activities and
he development of
ased on data, fostering
sures are documented
month, even if the top

ership team evaluates
breakthrough objective
tain the gains. This is
ent process. As the

organization's capabilities increase, the capability becomes "business as usual" and the improvement priorities and breakthrough objectives are revised accordingly.

Monthly reviews also allow for revisions to the breakthrough objectives that are necessary due to changes in the environment. However, revisions to the plan should be restricted to major, unforeseeable events that, if the organization doesn't address, threaten the pursuit of the vision. That is, the plan shouldn't be modified simply because the targets aren't being achieved. However, if the company learns of a significant competitive threat that requires the pull-ahead of an R&D project or is presented with an acquisition opportunity, these efforts mandate that resources be diverted from existing efforts. To the extent that circumstances such as this exist during the development of the breakthrough objectives, they should be incorporated.

Strategy deployment Review Checklist

❑  Are meetings held at least monthly? (each X Matrix must be reviewed at appropriate level)
❑  Are TTI & KPI plans linked to AIPs?
❑  Are Action Plans Sufficient & reasonable?
❑  Are countermeasures fact based?
❑  Are countermeasures What/Who/When specific?
❑  Are problem solving tools used to determine countermeasures?
❑  Does KPI review follow SDEP review?

131

Monthly Business Unit SDEP Review

Review Sequence:

- Review of Top Level X Matrix AIP priority
- Start with AIP with highest priority (closest to center of matrix)
- Read AIP and associated TTI's
- Go to associated Action Plan
- Communicate Action Plan Status (Green, Yellow, Red)
- Provide a One Minute executive overview (Action Plan priority, brief background and current situation)
- Proceed to Countermeasure if required
- Review bowling chart
- Return to X Matrix, and proceed with the next AIP
- Similarly, review KPI's once AIP review is completed
- Countermeasures should be started and written as soon as a need arises. Don't wait until the end of the month
- Ask yourself and your team the following questions:
  - How can the problem be described?
  - What should be happening?
  - What actually is happening?
  - What are its possible causes?
  - How can true cause be confirmed?
- Get as close as possible to where the action is in order to solve the problem. Don't 'imagine' it at you desk. Go to the workplace (gemba)
- Use methodical problem solving techniques. DMAIC, 8D, etc
- Most importantly, only use facts... data. Not opinion.
- In summary:
  - When: As Soon As Need Arises

133

&mdash;  Where: Go to the Workplace

&mdash;  Who: Involve People Who Do the Work

&mdash;  How: Use data, not Opinion

## Top Management's Role in Monthly SDP Review

- Be diligent and consistent.
- Conduct lively, interactive sessions that test people's understanding of the situation.
- Press for fact-based data.
- "Drill" down to root cause, point of impact.
- Evaluate effectiveness of projects & Action Plans.
- Evaluate effectiveness of the overall improvement process (are results sustainable?).
- Decide when to take action & what type of action to take.

## Top Management Self Assessment:

- ❑ Did I do SDEP consistently and effectively?
- ❑ Are processes sustainable, and do they transition to daily management?
- ❑ Did we apply resources effectively?
- ❑ Were X Matrices deployed to proper level? (Too many? Not enough?)
- ❑ Did we drive SDEP down to the action plan level?
- ❑ Did we appropriately use Lean tools?

134

e Work

w

; that   test   people's

ct.
:ion Plans.

improvement  process

of action to take.

ely?

they  transition  to daily

level? (Too many? Not

plan level?

- ❑ Did our goals change during the year because of customer or business issues that pulled us off our goal?
- ❑ Did we put in sustainable processes or did we get short-term results?
- ❑ Were our monthly SDP reviews effective or do they need to be changed in structure?
- ❑ Did we just dust the matrix off at the end of the year, or did we track it month to month?



As an internationally recognized leader and expert in lean systems implementations, strategic breakthroughs creating sustainable competitive advantage, and organizational effectiveness; Dr. Casey understands what it takes to thrive in today's global economy as an innovator of distinctive competencies within organizations. Darrell has more than 18 years of experience spanning all facets of operations management, lean and change leadership.

During the course of his career, Darrell served as a leader of global operations excellence and strategic management with Gates Corporation and Ingersoll Rand. He has worked in manufacturing, maintenance, supply chain, and product development in Thomson Consumer Electronics, Eaton Corporation, and Navistar International. Darrell's work has been around the globe including; China, Brazil, Germany, Czech Republic, Denmark, France, Spain, and the UK. Dr. Casey is currently the Director of Lean Deployment at The Christ Hospital in Cincinnati, Ohio.

Dr. Casey regularly speaks to executive leadership teams on the topics of Lean Enterprise, Strategy Development and Execution, Organizational Effectiveness and Change. Dr. Casey holds his PhD Business Administration from Kennedy-Western University, M.S. and B.A. in Technology from Eastern Illinois University. Dr. Casey is a Certified Strategic Management Analyst and a Fellow of the Graduate Academy of Management. He has been a faculty member at the Community College of the Air Force, Hutchinson Community College, Kansas and Ivy Tech State College, Indiana.

In addition to unparalleled industry and consulting experience, Dr. Casey has published "The Role of Change Leadership in an Operations Excellence Model" and "Strategic Lean Transformation: Turning Traditional Lean Paradigms into Distinctive Competencies" and his forthcoming book titled "X Matrix: Strategy Deployment and Execution Process for Breakthrough Business Performance".

ISBN 978-1-105-37095-3

ID: 7932211
www.lulu.com

