# EXHIBIT D

X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance: Phd, Csma, Darrell Casey: 9781105370953: Amazon.com: Books

Case 3:15-cv-01392-SRU   Document 1-4   Filed 09/18/15   Page 2 of 6



| Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Textbook Rentals |

‹ Back to search results for "darrell casey"



See this image

# X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance Paperback – December 23, 2011

by **Phd, Csma, Darrell Casey** (Author)

Be the first to review this item

See all formats and editions

**Paperback**
**$29.95** 

1 Used from $114.29
2 New from $29.95

Operations and business excellence initiatives work best when aligned with the broader strategic goals of

**Best Books of the Year So Far**
Looking for something great to read? Browse our editors' picks for 2015's **Best Books of the Year So Far** in fiction, nonfiction, mysteries, children's books, and much more.

**Share**

**Buy New**                                $29.95
Qty: 1

Free Prime shipping after order is processed  Details ▾

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

Add to Cart

Turn on 1-Click ordering for this browser

**Want it Sunday, Sept. 6?** Order within **3 hrs 20 mins** and choose **Two-Day Shipping** at checkout. Details

**Ship to:**
CORINE M WILKINSO- FEEDING HIL ▾

Add to Wish List ▾

Have one to sell?    Sell on Amazon

## Frequently Bought Together

 +  + 

Price for all three: **$65.31**

Add all three to Cart

Add all three to Wish List

Show availability and shipping details

**This item:** X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance by Phd, Csma, Darrell Casey  Paperback  $29.95

The Hoshin Kanri Memory Jogger by Joseph Colletti   Spiral-bound   $15.41

The Basics of Hoshin Kanri by Randy K. Kesterson   Paperback   $19.95

## Customers Who Bought This Item Also Bought

Page 1 of 3

    

The Hoshin Kanri Memory Jogger
Joseph Colletti
★★★☆ 6
Spiral-bound
$15.41 *Prime*

Policy Deployment & Lean Implementation Planning: 10 Step Roadmap to…
Vince Fayad
★★★★★ 7
Spiral-bound
$43.00 *Prime*

The Basics of Hoshin Kanri
› Randy K. Kesterson
★★★★★ 2
Paperback
$19.95 *Prime*

The Hoshin Success Compass: Set Your Priorities Straight with…
Mr. Matthew Cross
★★★★★ 4
Paperback
$24.95 *Prime*

Beyond Strate…
› Michael Cowley
★★★★☆
Paperback
$55.95 *Prime*

## Special Offers and Product Promotions

- Earn a **$50 digital Amazon.com Gift Card*** when you get the Citi ThankYou® Preferred Card and use it to make $50 in Amazon.com purchases. Plus, earn **2X ThankYou® Points** on Amazon.com purchases, up to 10,000 points for the first 12 months. Learn more.

## Product Details

**Paperback:** 142 pages
**Publisher:** lulu.com (December 23, 2011)
**Language:** English
**ISBN-10:** 110537095X
**ISBN-13:** 978-1105370953
 **Product Dimensions:** 6 x 0.4 x 9 inches
**Shipping Weight:** 9.6 ounces (View shipping rates and policies)
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #417,814 in Books (See Top 100 in Books)



**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE Kindle Reading App**.

**Best Books of the Month**
Want to know our Editors' picks for the best books of the month? Browse Best Books of the Month, featuring our favorite new books in more than a dozen categories.

X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance: Phd, Csma, Darrell Casey: 9781105370953: Amazon.com: Books

Case 3:15-cv-01392-SRU   Document 1-4   Filed 09/18/15   Page 4 of 6

#9130 in Books > Business & Money > Economics

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

Ad feedback

## Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more



**This item:** X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance

**Price:** $29.95

Ships from and sold by Amazon.com

Set up a giveaway

## What Other Items Do Customers Buy After Viewing This Item?



Policy Deployment & Lean Implementation Planning: 10 Step Roadmap to Successful Policy Deployment Using Lean as a System   Spiral-bound
Vince Fayad
★★★★★ 7
$43.00 *Prime*



The Hoshin Kanri Memory Jogger   Spiral-bound
Joseph Colletti
★★★☆☆ 6
$15.41 *Prime*

Understanding A3 Thinking: A Critical Component of Toyota's PDCA Management System   Hardcover
Durward K. Sobek II

X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance: Phd, Csma, Darrell Casey: 9781105370953: Amazon.com: Books

Case 3:15-cv-01392-SRU   Document 1-4   Filed 09/18/15   Page 5 of 6


37
$40.71 *Prime*


**Hoshin Kanri: Policy Deployment for Successful TQM**   Hardcover
Yoji Akao
5



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Press Releases | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon and Our Planet | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon in the Community | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
|  | Self-Publish with Us |  | Help |
|  | Become an Amazon Vendor |  |  |
|  | › See all |  |  |

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| Amazon Local<br>Great Local Deals<br>in Your City | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |

X Matrix:Strategy Deployment And Execution Process For Breakthrough Business Performance: Phd, Csma, Darrell Casey: 9781105370953: Amazon.com: Books

Case 3:15-cv-01392-SRU    Document 1-4    Filed 09/18/15    Page 6 of 6

| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
|---|---|---|---|---|---|---|
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2015, Amazon.com, Inc. or its affiliates