# EXHIBIT E

 # 5 Step GDP Thought Process



13

**NEXT LEVEL Partners, LLC**





**Darrel Casey, PhD, CSMA**



# The Hardwire Matrix



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# What Is A Breakthrough?

**Formal Definition:**

- An act of overcoming or penetrating an obstacle or restriction.
- A major achievement or success that permits further progress.
- *Synonym…* a quantum leap

In-formal:

Something we don't know how to do… *YET!*

15

**NEXT LEVEL Partners, LLC**

What Is A Breakthrough?

Formal Definition:
- An act of overcoming or penetrating an obstacle or restriction.
- A major achievement or success that permits further progress.
- Synonym…. A quantum leap

In-formal:

Something we don't know how to do ….YET!

**Darrel Casey, PhD, CSMA**



# Why Think Breakthrough?



Are customer demands increasing or decreasing?



Is your competition going to just stand by while you eek out incremental gains?

Or simply go back to & consider…

Formal Definition:
- An act of overcoming or penetrating an obstacle or restriction.
- A major achievement or success that permits further progress.
- Synonym… a quantum leap

…& ask yourself, why not?

19

**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Performance
# Breakthrough Examples



| GROWTH | Double Top Line Sales in 5 Years |
| OP | Double OP % to Sales in 3 Yrs |
| QUALITY | Reject PPM Reduction by 90% in 3 Yrs |
| DELIVERY | Reduce LT 75%, OTD to 100% in 3 Yrs |
| COST | Reduce Mfg Cost/Unit 50% in 3 Yrs |
| CASH FLOW | Improve WC X 50% in 3 Yrs |

20

**NEXT LEVEL Partners, LLC**



Performance Breakthrough Examples

| Growth | Double Top Line Sales in 5 yrs |
| OP | Double OP % to Sales in 3 yrs |
| Quality | Reject PPM Reduction by 90% in 3 yrs |
| Delivery | Reduce LT 75%, OTD to 100% in 3 yrs |
| Cost | Reduce Mfg Cost/Unit 50% in 3 yrs |
| Cash flow | Improve WC X 50% in 2 yrs |

**Darrel Casey, PhD, CSMA**



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Breakthrough Objective Summary Checklist

- ❑ Is it clearly linked to strategic objectives from Strategic Plan?
- ❑ Do the objectives capture the essence of how we view this company 3 – 5 years from now?
- ❑ Will it create significant value for customers &/or shareholders?
- ❑ Will it position us to take share through competitive advantage?
- ❑ Is it stretch?
- ❑ Do we already know how to do it?
- ❑ Is it measurable?
- ❑ Does it require cross-functional involvement?
- ❑ Does it require significant change in how we do things?
- ❑ Is it one of the critical few strategic priorities for the business?
- ❑ Can it be accomplished in one year or less (if so, not breakthrough)?

**What Is Breakthrough For One Company May Not Be For Another.**

23

**NEXT LEVEL Partners, LLC**

What is Breakthrough For One Company May Not Be For Another.

57

Breakthrough Objective Summary Checklist

- ❑ Clearly linked to strategic objectives from the strategic plan?
- ❑ Will it create significant value for customers and/or shareholders?
- ❑ Will it position the business to take market share through competitive advantage?
- ❑ Did it stretch the organization?
- ❑ Does the organization already know how to do it?
- ❑ Is it measurable?
- ❑ Does it require cross-functional involvement?
- ❑ Does it require significant change in how the way the business does things?
- ❑ Is it one of the critical few strategic priorities for the business?
- ❑ Can it be accomplished in one year or less (if so, not breakthrough)?

59

**Darrel Casey, PhD, CSMA**



# Daily Management

**Effective Daily Management is essential for the Goal Deployment Process**



✓ Standardized, Day-to-Day Activities

✓ Limited Cross Functional Interface

✓ Base Hits vs. Home Runs

✓ Tracked via Key Performance Indicators (KPIs)

More on KPIs Later

26

**NEXT LEVEL Partners, LLC**



Daily Management

Effective Daily Management is essential
for the Policy Deployment Process

✓ Standardized, Day-to-Day Activities
✓ Limited Cross Functional Interface
✓ Base Hits vs. Home runs
✓ Tracked via Key Performance Indicators

More on KPIs Later

61

**Darrel Casey, PhD, CSMA**





NEXT LEVEL Partners, LLC                                    Darrel Casey, PhD, CSMA



# The Hardwire Matrix



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Annual Objectives
## How far this year?



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Annual Objective Summary Checklist

- ❏ Do we understand current performance metrics and drivers?
- ❏ Does it quantify how far to improve in the first year in order to hit the 3-5 Year Breakthrough Objective?
- ❏ Does it divide the 3-5 Year Breakthrough into annual amounts?
- ❏ Is it still a stretch goal (beyond AOP)?
- ❏ When we accomplish the annual objective, does the customer benefit?
- ❏ Will it provide significant competitive advantage or significant operating performance improvement?
- ❏ Will it require significant change in how we do things?
- ❏ Does it require cross-functional effort?
- ❏ Do we already know exactly how to do it? (if so, not stretch enough).
- ❏ Are there problems in other areas that need to be fixed first?

30

**NEXT LEVEL Partners, LLC**

Annual Objective Summary Checklist

- ❏ Do we understand current performance metrics and drivers?
- ❏ Does it quantify how far to improve in the first year in order to hit the 3 – 5 Year Breakthrough Objective?
- ❏ Does it divide the 3 – 5 Year Breakthrough into annual amounts?
- ❏ Is it still a stretch goal ?
- ❏ When we accomplish the annual objective, does the customer benefit?
- ❏ Will it provide significant competitive advantage or significant operating performance improvement?
- ❏ Will it require significant change in how we do things?
- ❏ Does it require cross-functional effort?
- ❏ Do we already know exactly how to do it?
- ❏ Are there problems in other areas that need to be fixed first?

71

**Darrel Casey, PhD, CSMA**



# Annual Objective Examples



| GROWTH | Grow Top Line Sales 15% |
| OP | Increase OP by 25% |
| QUALITY | Reject PPM Reduction by 50% |
| DELIVERY | Reduce LT 50%, OTD +20% |
| COST | Reduce Mfg Cost/Unit 20% |
| CASH FLOW | Improve WC X 15% |

31

**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# GDP Thought Process



**NEXT LEVEL Partners, LLC**

SDEP Thought Process



73

**Darrel Casey, PhD, CSMA**



# The Hardwire Matrix



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Top Level Improvement Priorities



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Top Level Improvement Priority Examples



*…you get the idea.*

**QUALITY**

•Create & Implement Rapid Defect
 Reduction Process
•Implement DFSS on Critical Products

**DELIVERY**

•Apply Lean Tools to XYZ to Reduce LT
•Implement Back-Office LT Reduction
 Process

**COST**

•Develop & Implement LCR Sourcing Plan
•Launch Prodt'y Imp Std Work Series in Assy



**GROWTH**

•Launch New Product Development Process
•Create Key Customer Conversion Process



**OP**

•Apply Lean Processes to G&A Areas
•Reverse Unprofitable Accts Process

**CASH FLOW**

•Launch "War on WC" Process
•Implement POU Replenishment Process

Launch New Product Development
Process

Develop & Implement LCR Sourcing Plan

Apply Lean Tools to XYZ to Reduce LT

Create & Implement Rapid Defect
Reduction Process

**Top Level
Improvement
Priorities**

**This Year's Intense Process Improvement Efforts
That Become Daily Management Next Year**

37

**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**

# GDP Thought Process





**Step 4: HOW MUCH & WHEN?**
Measures?

*Determine which metrics will reflect timely progress of Improvement Priorities & track them.*





**NEXT LEVEL Partners, LLC**

**Darrel Casey, PhD, CSMA**

40

83



# The Hardwire Matrix



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**





# Identify Targets To Improve
## (TTIs)



- Are req'd for each Improvement Priority
- Are measures of effectiveness of an Improvement Priority.
- Should be able to be broken down into monthly increments.
- Are typically, *From:*_____ *To:*____ *by*_____: statements.





42

86

**NEXT LEVEL Partners, LLC**

**Darrel Casey, PhD, CSMA**



# Target To Improve Examples



| GROWTH | New Accts From 1/mos to 3/mos by 6/30 |
| OP | Inc Qtr OP RR From 7% to 10% by 12/31 |
| QUALITY | Int Reject PPM from 10k to 5k by 12/31 |
| DELIVERY | OTD to CRD From 75% to 90% by 10/31 |
| COST | Prodt'y From 25 to 40 pcs/hr by 12/31 |
| CASH FLOW | Improve DSO's From 65 to 55 by 12/31 |

43

**NEXT LEVEL Partners, LLC**

Target To Improve Examples

| GROWTH | New Accts From 1/mos to 3/mos by 6/30 |
| OP | Inc Qtr OP From 7% to 10% by 12/31 |
| QUALITY | Int Reject PPM from 10K to 5K by 12/31 |
| DELIVERY | OTD From 75% to 90% by 10/31 |
| COST | Prodt'y From 25 to 40 PCS/hr by 12/31 |
| CASH FLOW | Improve DSO's From 65 to 55 by 12/31 |

**Darrel Casey, PhD, CSMA**



# Target to Improve Checklist

- ❏ Will it effectively reflect impact of Improvement Priority implementation?
- ❏ Can it be broken down into at least monthly progress increments?
- ❏ Does it exceed AOP targets?
- ❏ Does it track progress toward achieving the Annual Objective?
- ❏ Does it measure results (preferable), vs. action plan milestones?
- ❏ Is it easy to calculate and communicate?
- ❏ Does it demonstrate a simple flow of logic?

Target to Improve Checklist

- ❏ Will it effectively reflect impact of Improvement Priority implementation?
- ❏ Can it be broken down into at least monthly progress increments?
- ❏ Does it exceed Annual Business Plan targets?
- ❏ Does it track progress toward achieving the Annual Objective?
- ❏ Does it measure results (preferable), vs. action plan milestones?
- ❏ Is it easy to calculate and communicate?
- ❏ Does it demonstrate a simple flow of logic?

93

44

**NEXT LEVEL Partners, LLC**                    **Darrel Casey, PhD, CSMA**

SDEP Thought Process



# GDP Thought Process





*Identify key cross-functional resources, align and assign by priority impact to the business.*





Identify key cross-functional
resources, align and assign by
priority impact to the
business.

46

95

**NEXT LEVEL Partners, LLC**

**Darrel Casey, PhD, CSMA**



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Identify Key Resources To Deploy Priorities

- There should be one clear leader assigned to each Improvement Priority.
- Leader and support resources should be:  Appropriate
  Adequate
  Available *(made, if req'd)*
  Accountable



The Largest Or Most Available Resources Won't Always Have The Greatest Impact On Achieving Your Companies' Most Important Strategic Initiatives...Select & Assign Accordingly.

48

**NEXT LEVEL Partners, LLC**

Identify Key Resources To Deploy Priorities

- There should be one clear leader assigned to each Improvement Priority.
- Leader and support resources should be:
  - Appropriate
  - Adequate
  - Available (made, if req'd)
  - Accountable



The Largest Or Most Available Resources Won't Always Have The Greatest Impact On Achieving Your Companies' Most Important Strategic Initiatives... Select & Assign Accordingly

98

**Darrel Casey, PhD, CSMA**



# Resource Deployment Checklist

- ❑ Is the leader the most appropriate in terms of ability to impact implementation of this priority?
- ❑ Can the leader be available to deploy this priority?
- ❑ Are the support resources the most appropriate, are they adequate and can they be available for this priority?
- ❑ Is accountability clear to assigned resources?
- ❑ Do leader and support resources have clear access/visibility to TTI measure and impact on pertinent Annual Objective?

49

Resource Deployment Checklist

- ❑ Is the leader the most appropriate in terms of ability to impact implementation of this priority?
- ❑ Can the leader be available to deploy this priority?
- ❑ Are the support resources the most appropriate, are they adequate and can they be available for this priority?
- ❑ Is accountability clear to assigned resources?
- ❑ Do leader and support resources have clear access/visibility to TTI measure and impact on pertinent Annual Objective?

100

NEXT LEVEL Partners, LLC                    Darrel Casey, PhD, CSMA



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# 2ⁿᵈ Level Improvement Priorities Examples

| **TOP LEVEL** | | **2ND LEVEL** |
|---|---|---|
| •Create Key Customer Conversion Process | **GROWTH** | •Develop Promotion and Pitch New Valve to ABC |
| •Implement Reverse Unprofitable Accts Process | **OP** | •Develop & Implement Volume Pricing Program |
| •Implement Rapid Defect Reduction Process | **QUALITY** | •Process Control on Manifold Assy |
| •Apply Lean Tools to XYZ to Reduce LT | **DELIVERY** | •Perform 1pc Flow Kaizen in Pumps |
| •Develop & Implement LCR Sourcing Plan | **COST** | •Secure PCBs from (2) Qualified Offshore Suppliers |
| •Launch "War on WC" Process | **CASH FLOW** | •Implement New Net 60 Payment Terms Policy |

60

**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Lower Level Improvement Priority Checklist

- ☐ Does it lead to creation of a sustainable process?
- ☐ Does it lead to creation of a results-oriented process?
- ☐ Does it meet current or emerging customer needs?
- ☐ Is it easy to communicate? (If not simplify/clarify)
- ☐ Does it demonstrate a simple flow of logic?
- ☐ Is it measurable, but not a measure itself?
- ☐ Is it a key driver of the higher level Improvement Priority?
- ☐ Does it get cascaded to a lower level matrix, or does it go directly to an action plan?

61

**NEXT LEVEL Partners, LLC**

Lower Level Improvement  Priority Checklist

- ☐ Does it lead to creation of a sustainable process?
- ☐ Does it lead to creation of a results-oriented process?
- ☐ Does it meet current or emerging customer needs?
- ☐ Is it easy to communicate/ (If not simplify/clarify)
- ☐ Does it demonstrate a simple flow of logic?
- ☐ Is it measurable, but not a measure itself?
- ☐ Is it a key driver of the higher level Improvement Priority?
- ☐ Does it get cascaded to a lower level matrix, or does it go directly to an action plan?

121

**Darrel Casey, PhD, CSMA**



# 2nd Level Hardwire Matrix



**NEXT LEVEL Partners, LLC**



**Darrel Casey, PhD, CSMA**



# Goal Deployment Review
## Checklist

- ☐ **Are meetings held at least monthly?** (each functional Hardwire matrix should be reviewed at appropriate level)
- ☐ **Are TTI & KPI plans > AOP?**
- ☐ **Are Action Plans sufficient & reasonable?**
- ☐ **Are countermeasures fact based?**
- ☐ **Are countermeasures What/Who/When specific?**
- ☐ **Are problem solving tools used to determine countermeasures?**
- ☐ **Does KPI review follow GDP review?**

86

**NEXT LEVEL Partners, LLC**



Strategy deployment Review Checklist

- ☐ Are meetings held at least monthly? (each X Matrix must be reviewed at appropriate level)
- ☐ Are TTI & KPI plans linked to AIPs?
- ☐ Are Action Plans Sufficient & reasonable?
- ☐ Are countermeasures fact based?
- ☐ Are countermeasures What/Who/When specific?
- ☐ Are problem solving tools used to determine countermeasures?
- ☐ Does KPI review follow SDEP review?

131

**Darrel Casey, PhD, CSMA**



# Top Management's Role in Monthly GDP Review

- Be diligent and consistent.
- Conduct lively, interactive sessions that test people's understanding of the situation.
- Press for fact-based data.
- "Drill" down to root cause, point of impact.
- Evaluate effectiveness of projects & Action Plans.
- Evaluate effectiveness of the overall improvement process (are results sustainable?).
- Decide when to take action & what type of action to take.

87

**NEXT LEVEL Partners, LLC**

Top Management's Role in Monthly SDP Review

- Be diligent and consistent.
- Conduct lively, interactive sessions that test people's understanding of the situation.
- Press for fact-based data.
- "Drill" down to root cause, point of impact.
- Evaluate effectiveness of projects & Action Plans.
- Evaluate effectiveness of the overall improvement process (are results sustainable?).
- Decide when to take action & what type of action to take.

**Darrel Casey, PhD, CSMA**