UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEXT LEVEL PARTNERS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>DARRELL CASEY,<br><br>                Defendant. | Civil Action No. 3:15-cv-01392 |

## PLAINTIFF NEXT LEVEL PARTNERS, LLC'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Next Level Partners, LLC certifies that it is not owned by any parent corporation or publicly held company owning 10% or more of its stock.

Dated: September 21, 2015

By: /s/ Thomas J. Mango
Michael J. Rye, Esq. (ct18354)
mrye@cantorcolburn.com
Thomas J. Mango, Esq. (ct28149)
tmango@cantorcolburn.com
Tasia E. Hansen, Esq. (ct29498)
thansen@cantorcolburn.com
**Cantor Colburn LLP**
20 Church St., 22nd Floor
Hartford, CT 06103
Phone: (860) 286-2929
Facsimile: (860) 286-0115

*Attorneys for Plaintiff,*
*Next Level Partners, LLC*