## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEXT LEVEL PARTNERS, LLC, | |
| Plaintiff, | Civil Action No. 3:15-cv-01392-SRU |
| v. | |
| DARRELL CASEY, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE FOR DEFENDANT DARRELL CASEY, PHD

Next Level Partners LLC, et. al., Plaintiff(s)
vs.
Darrell Casey PhD, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 136742-0001

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Darrell Casey, PhD
Court Case No. 3:15 CV 01382

CANTOR COLBURN, LLP
Ms. Kathy Vose
20 Church St., 22nd FL
Hartford, CT  06103-3207

| | |
|---|---|
| State of: | North Carolina ) ss. |
| County of: | Mecklenburg ) |
| **Name of Server:** | **Wendy L. Henrich**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __2__ day of __October__, 20 __15__, at __7:50__ o'clock __P__ M |
| **Place of Service:** | at __9801 Julliard Dr__, in __Mint Hill, NC  28227__ |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Complaint (with Exhibits); Complaint (with Exhibits) Corporate Disclosure Statement; Order on Pretrial Deadlines; Standing Protective Order; Electronic Filing Order; Notice to Counsel; Report on Filing of an Action to the USPTO w/ Exhibit; USDC for the District of CT Local Rules** |
| **Service of Process on:** **Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Darrell Casey, PhD** <br> XX By personally delivering them into the hands of the person to be served. <br> ☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Darrell Casey, PhD** at the place of service, and whose relationship to the person is: _____ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: <br> Sex __M__; Skin Color __White__; Hair Color __White__; Facial Hair __yes__ <br> Approx. Age __55__; Approx. Height __5'11"__; Approx. Weight __160#__ <br> XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. <br> *[signature]* <br> Signature of Server <br> **APS International, Ltd.** | Subscribed and sworn to before me this __5__ day of __October__, 20__15__ <br> *[signature]* <br> Notary Public   (Commission Expires) |

*[Notary seal: Ruth Reynolds, Notary Public, Mecklenburg County, N.C., My Comm. Exp. March 31, 2019]*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 14, 2015, a copy of foregoing AFFIDAVIT OF SERVICE FOR DEFENDANT DARRELL CASEY, PHD was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: October 14, 2015

By: /s/ Thomas J. Mango
Michael J. Rye, Esq. (ct18354)
mrye@cantorcolburn.com
Thomas J. Mango, Esq. (ct28149)
tmango@cantorcolburn.com
Tasia E. Hansen, Esq. (ct29498)
thansen@cantorcolburn.com
**Cantor Colburn LLP**
20 Church St., 22nd Floor
Hartford, CT 06103
Phone: (860) 286-2929
Facsimile: (860) 286-0115

*Attorneys for Plaintiff,*
*Next Level Partners, LLC*